# TENTH CIRCUIT TRANSCRIPT ORDER FORM – DIRECTIONS ON REVERSE SIDE (Revised 12/2025)

## PART I – Case Information and Contact Information

Case Name: Astro Companies, LLC v. WestFax Inc, et. al.  District Court Case Number: 1:23-cv-02328-SKC-CYC

District Court: Colorado  Circuit Court Appeal Number: 26-1066

Name of Attorney/Pro Se Party Completing this Form: Ross M. Good

Name of Law Firm/or Office: The Good Law Group

Address: 800 E Northwest Hwy, Ste 814, Palatine, IL 60074

Phone: 847-577-4476  Email: Ross@thegoodlawgroup.com

Attorney For: Astro Companies LLC

## PART II – Complete when Transcripts are NOT ordered

**I am not ordering a transcript because (check one):** ☑ a transcript is not necessary for this appeal;

☐ the necessary transcript is already on file in the district court;

☐ or the necessary transcript was ordered previously in appeal

Attorney/Ordering Party's Signature: /s/ Ross M. Good  Date: March 18, 2026

## PART III – Complete When Ordering Transcripts

**I hereby order the following transcript(s) from** _____ **(name of court reporter).**

Order all transcripts from the same court reporter on one form, but use separate forms for each court reporter.

**Be specific if ordering partial transcripts** (e.g., voir dire).

| Name of Proceeding | Date of Proceeding | Dist. Ct. Doc. No. | Delivery (30-, 14-, 7-, 3-Day, or daily) (check with court reporter for applicable rates) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

### Attorney/Ordering Party's Certificate of Payment for Transcript(s) Ordered.

◉ This case is **NOT** proceeding under the Criminal Justice Act. By signing this form, I agree to pay for the transcript(s) ordered on this form, and I certify that I <u>have already made satisfactory payment arrangements</u> with the court reporter <u>as confirmed by the court reporter's acknowledgement</u> on Part IV below.

◯ This case **IS** proceeding under the Criminal Justice Act, and (check one):

☐ I am a Federal Public Defender. By signing this form, I certify that the Defender's Office <u>will pay</u> the cost of the transcript(s) <u>as confirmed by the court reporter's acknowledgement</u> on Part IV below.

☐ I am a CJA Panel Attorney. By signing this form, I certify that <u>I will take all the steps required</u> in eVoucher to complete payment arrangements for the transcript(s) <u>as confirmed by the court reporter's acknowledgment</u> on Part IV below.

**NOTE:** Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. *See* 28 U.S.C. §753(f).

Attorney/Ordering Party's Signature: Ross M. Good  Date: March 18, 2026

## PART IV – Court Reporter's Acknowledgment of Payment and Estimated Completion Date

| Date Payment Arrangements Made | Estimated Completion Date | Number of Pages | Date(s) of Proceeding(s) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

I, _____, certify that satisfactory payment arrangements have been made for the transcript(s) ordered on this form, and I will provide the required notice to the circuit when I file the completed transcripts.

Signature of Court Reporter: _____  Date: _____