## 10th CIR. FORM 4. DISCLOSURE STATEMENT

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

### Fed. R. App. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement

Astro Companies, LLC

v.

WestFax Inc, Duck Dive
Communications, LLC d/b/a JBlast,
Barry Clark, Chad Matheston, and
John Does 1-10

Case No. 1:23-cv- 02328-SKC-CYC

Pursuant to Federal Rule of Appellate Procedure 26.1(a), (b), and/or (c), the undersigned, on behalf of _____Astro Companies, LLC_____
                                        [Party Name(s)]
certifies[1] as follows:

☐    The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

X    There is no information to disclose pursuant to Fed. R. App. P. 26.1.

March 18, 2026_____
Date

_/s/ Ross M. Good_____
Signature

---

[1] Pursuant to Federal Rule of Appellate Procedure 26.1(d)(3), this disclosure statement must be promptly updated whenever any of the information required under Fed. R. App. P. 26.1 changes.

**CERTIFICATE OF SERVICE**

I hereby certify that:

☐     All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

X     On _____March 18, 2026_____ I sent a copy of this Disclosure Statement
                    [date]


 WestFax Inc, Duck Dive Communications, LLC d/b/a JBlast, Barry Clark, Chad Matheston, and John Does 1 -10_____
                                        [name of party]


at jtaravella@montgomerylittle.com, JCotter@spencerfane.com, jhyman@spencerfane.com, nosborn@montgomerylittle.com, aevett@montgomerylittle.com_____
                                        [address]

the last known address/email address, by

_____email_____.
 [method of service]


_____March 18, 2026_____
Date

_____/s/ Ross M. Good_____
Signature