UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES**

Astro Companies, LLC

v.

WestFax Inc, Duck Dive Communications, LLC d/b/a JBlast, Barry Clark, Chad Matheston, and John Does 1-10

Case No. 1:23-cv- 02328-SKC-CYC

**ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))**

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Astro Companies, LLC

_____
[Party or Parties][1]

_____

Astro Companies, LLC
_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

Attorneys entering appearances must include their signatures below.

Ross M. Good
_____          _____
Name of Counsel                            Name of Counsel

/s/ Ross M. Good
_____          _____
Signature of Counsel                       Signature of Counsel
800 E. Northwest Hwy, Ste 814, Palatine, IL 60074
(847) 600-9576
_____          _____
Mailing Address and Telephone Number       Mailing Address and Telephone Number

Ross@thegoodlawgroup.com
_____          _____
E-Mail Address                             E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐        The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☒        There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

March 18, 2026
_____
Date

/s/ Ross M. Good
_____
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☐    All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☒    On _____ March 18, 2026 _____ I sent a copy of this Entry of Appearance Form to:

James C. Taravella, Jamie N. Cotter, Johanna R. Hyman, Nathan Osborn, and Alyson Evett.

at *jtaravella@montgomerylittle.com, JCotter@spencerfane.com, jhyman@spencerfane.com, nosborn@montgomerylittle.com,* and *aevett@montgomerylittle.com* ,

the last known address/email address, by _____ E-mail _____ .

[state method of service]

March 18, 2026

_____

Date

/s/ Ross M. Good

_____

Signature