UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES**

Astro Companies, LLC

v.

WestFax Inc, Duck Dive Communications LLC d/b/a JBlast, Barry Clark, Chad Matheson, and John Does 1-10

Case No. 26-1066

**ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))**

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

_____ Chad Matheson _____
[Party or Parties][1]

_____

_____ Appellee _____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

Attorneys entering appearances must include their signatures below.

Joshua C. Dickinson _____          _____
Name of Counsel                            Name of Counsel

/s/ Joshua C. Dickinson _____       _____
Signature of Counsel                       Signature of Counsel

13815 FNB Parkway, Suite 200, Omaha, NE 68154
402.965.8600 _____                  _____
Mailing Address and Telephone Number       Mailing Address and Telephone Number

jdickinson@spencerfane.com _____    _____
E-Mail Address                             E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐    The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☒    There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

March 19, 2026
Date

/s/ Joshua C. Dickinson
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

☐　　All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☒　　On <u>March 19, 2026</u>　　I sent a copy of this Entry of Appearance Form to:

<u>Ross M. Good, James C. Taravella, Nathan Osborn, and Alyson Evett</u>

<u>Ross@thegoodlawgroup.com</u>, <u>jtaravella@montgomerylittle.com</u>, <u>nosborn@montgomerylittle.com</u>, <u>aevett@montgomerylittle.com</u>,

at ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿,

the last known address/email address, by <u>email transmission</u>　　　　　　.

[state method of service]

<u>March 19, 2026</u>
Date

<u>/s/ Joshua C. Dickinson</u>
Signature