**CIRCUIT MEDIATION OFFICE**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

| | |
|---|---|
| **DAVID W. AEMMER** <br> CHIEF CIRCUIT MEDIATOR <br><br> **KEVIN J. KINNEAR** <br> CIRCUIT MEDIATOR | TELEPHONE 303-844-6017 <br> FACSIMILE 303-844-6437 |

March 19, 2026

Ross M. Good, Esq.
Good Law Group
800 East Northwest Highway, Suite 814
Palatine, IL  60074

Jamie N. Dickinson, Esq.
Spencer Fane LLP
1700 Lincoln Street, Suite 2000
Denver, CO  80203

James C. Taravella, Esq.
Montgomery Little & Soran, P.C.
5445 DTC Parkway, Suite 800
Greenwood Village, CO  80111

RE:  No. 26-1066 – Astro Companies, LLC v. WestFax, Inc., et al.

**MEDIATION CONFERENCE NOTICE**

Dear Counsel:

Pursuant to Rule 33.1, Rules of the Tenth Circuit, a **ZOOMGOV** mediation conference has been scheduled in this case for **Friday, March 27, 2026** at **10:00 AM**, **MOUNTAIN TIME**. This office will forward an invitation to the ZoomGov meeting. Please allow at least two hours for the conference.

The purposes of the conference are to explore any possibilities for settlement and to resolve procedural problems. Counsel are expected to have consulted with their clients prior to the conference and to have as much authority as feasible regarding settlement and case management matters.

Counsel addressed above are tentatively identified to be the attorneys with primary responsibility for this case. Our goal, however, is to secure the participation of the attorneys on whose judgment the clients rely when making decisions about settlement. Counsel are required to complete the attached **Mediation Contact Form within four business days of the date of this notice**.

Please contact this office **BY TELEPHONE IMMEDIATELY** if you need to have the conference rescheduled because of an unavoidable conflict.

Sincerely,

Denise McClure
Conference Administrator