# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

ASTRO COMPANIES, LLC,

                    Plaintiff/Appellant,

v.

WESTFAX, INC.; DUCK DIVE
COMMUNICATIONS, LLC d/b/a JBlast;
BARRY CLARK, individually; CHAD
MATHESON, individually; and JOHN DOES
1-10.

                    Defendants/Appellees.

Case No. 26-1066

---

## WESTFAX, INC.'S
## DISCLOSURE STATEMENT

---

Pursuant to Federal Rule of Appellate Procedure 26.1 and Tenth Circuit

Rule 26.1, the undersigned, on behalf of Defendants and Appellee Westfax, Inc.

("Westfax"), certifies as follows:

☒     The following parent corporation(s); publicly held corporation(s);
organizational victim(s); and/or debtor(s) are disclosed as required by Fed.
R. App. P. 26.1 (attach additional pages if necessary).

Appellee Westfax does not have any parent entities and no publicly traded

company holds more than ten percent (10%) of Westfax's stock. Westfax is

incorporated in, and has its principal place of business, in the State of Colorado.

1

Westfax's sole shareholder is Barry Clark, who is a named Appellee in this matter and a resident of California.

☐      There is no information to disclose pursuant to Fed. R. App. P. 26.1.

*[The reminder of this page is intentionally blank.]*

Dated: March 19, 2026

Respectfully Submitted,

s/ James C. Taravella
Nathan G. Osborn, #38951
James C. Taravella, Esq. #55179
MONTGOMERY LITTLE & SORAN, P.C.
5445 DTC Parkway, Suite 800
Greenwood Village, Colorado 80111
Telephone:  (303) 773-8100
Email: nosborn@montgomerylittle.com
        jtaravella@montgomerylittle.com
***Attorneys for Appellees Westfax, Inc.;
Duck Dive Communications, LLC; and
Barry Clark***

3

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this Disclosure statement was served on March 19, 2026 to all other parties of record in 25-1458 via the CM/ECF filing system and via e-mail.

(*See* Fed. R. App. P. 25(b))              s/ *James C. Taravella*_____
                                        James C. Taravella, Attorney