# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

ASTRO COMPANIES, LLC,

          Plaintiff/Appellant,

v.

WESTFAX, INC.; DUCK DIVE
COMMUNICATIONS, LLC d/b/a JBlast;
BARRY CLARK, individually; CHAD
MATHESON, individually; and JOHN DOES
1-10.

          Defendants/Appellees.

Case No. 26-1066

---

## DUCK DIVE COMMUNICATIONS, LLC'S
## DISCLOSURE STATEMENT

---

Pursuant to Federal Rule of Appellate Procedure 26.1 and Tenth Circuit

Rule 26.1, the undersigned, on behalf of Defendants and Appellee Duck Dive

Communications, LLC d/b/a JBlast ("JBlast"), certifies as follows:

☒      The following parent corporation(s); publicly held corporation(s);
      organizational victim(s); and/or debtor(s) are disclosed as required by Fed.
      R. App. P. 26.1 (attach additional pages if necessary).

      Appellee JBlast is wholly owned by Appellee Westfax, Inc. ("Westfax"), and

there are no publicly traded companies which own membership interests in JBlast.

JBlast is organized in the state of Delaware and has its principal place of business in the city of Dover. Westfax holds the entirety of the membership interests in JBlast.

☐    There is no information to disclose pursuant to Fed. R. App. P. 26.1.

*[The reminder of this page is intentionally blank.]*

Dated: March 19, 2026

Respectfully Submitted,

s/ James C. Taravella
Nathan G. Osborn, #38951
James C. Taravella, Esq. #55179
MONTGOMERY LITTLE & SORAN, P.C.
5445 DTC Parkway, Suite 800
Greenwood Village, Colorado 80111
Telephone:  (303) 773-8100
Email: nosborn@montgomerylittle.com
jtaravella@montgomerylittle.com
**Attorneys for Appellees Westfax, Inc.; Duck Dive Communications, LLC; and Barry Clark**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Disclosure statement was served on March 19, 2026 to all other parties of record in 26-1066 via the CM/ECF filing system and e-mail.

(*See* Fed. R. App. P. 25(b))                    s/ *James C. Taravella*

                                                 James C. Taravella, Attorney