# 10th CIR. FORM 2. ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES UNDER 10th Cir. R. 46.1

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

### Entry of Appearance and Certificate of Interested Parties

ASTRO COMPANIES, LLC

Plaintiff/Appellant

v.

WESTFAX, INC.; DUCK DIVE COMMUNICATIONS, LLC d/b/a JBlast; BARRY CLARK, individually; CHAD MATHESON, individually; and JOHN DOES 1-10

Case No. 26-1066

Defendants/Appellees

In accordance with 10th Cir. R. 46.1, the undersigned attorney hereby appears as counsel for WESTFAX, INC., Appellee/Respondent; DUCK DIVE COMMUNICATIONS, LLC, d/b/a JBlast, Appellee/Respondent; and BARRY CLARK, individually, Appellee/Respondent, in the subject case.

Further, in accordance with 10th Cir. R. 46.1, the undersigned certifies as follows:

☐ On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

☒ There are no such parties, or any such parties have already been disclosed to the court.

Nathan G. Osborn, #38951
Name of Counsel

*s/ Nathan G. Osborn*
Signature of Counsel

1

MONTGOMERY LITTLE & SORAN, P.C.
5445 DTC Parkway, Suite 800
Greenwood Village, Colorado 80111
(303) 773-8100
Mailing Address and Telephone Number

nosborn@montgomerylittle.com
E-Mail Address

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on March 19, 2026 via (state method of service) on all parties of record by the electronic filing system and email.

(*See* Fed. R. App. P. 25(b))                          s/ *James C. Taravella*

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies as follows:

There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

March 19, 2026                          s/ *Nathan G. Osborn*

2