UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

March 19, 2026

Mr. Ross M. Good
Good Law Group
800 East Northwest Highway, Suite 814
Palatine, IL 60074

**RE:     26-1066, Astro Companies v. WestFax, et al**
Dist/Ag docket: 1:23-CV-02328-SKC-CYC

Dear Counsel:

The district court transmitted notice that the record is complete to the clerk of this court on March 19, 2026. *See* 10th Cir. R. 11.1(A) and 31.1(A)(1).

Appellant's brief and appendix must be filed on or before April 28, 2026. Appellee may file a response brief within 30 days after service of appellant's brief. If a response brief is filed, Appellant may file a reply brief within 21 days after service of appellee's brief.

Briefs and appendices must satisfy all requirements of the Federal Rules of Appellate Procedure and Tenth Circuit Rules with respect to form and content. Counsel are encouraged to utilize the court's Briefing and Appendix checklist when compiling their briefs and appendices. Motions for extension of time are disfavored and must comply with 10th Cir. R. 27.1 and 27.6.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:     Joshua C. Dickinson
        Alyson S. Evett
        Johanna R. Hyman

Nathan G. Osborn
James C. Taravella


CMW/lg