No. 26-1066

---

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

---

Astro Companies, LLC
*Plaintiff-Appellant*,

v.

WestFax Inc, Duck Dive Communications, LLC, d/b/a JBlast,
Barry Clark, Chad Matheson, and John Does 1-10
*Defendant-Appellee*.

---

On Appeal from Order Granting Defendant's Motion to Dismiss, and Order
Denying Astro Companies, LLC Motion to Reconsider
U.S. District Court, Dist. of Colorado No. 23-cv-02328-SKC
The Honorable Kato S. Crews

---

## APPELLANT'S APPENDIX
## Volume 1 of 31, Documents 1- 2, Pages 1-295

---

Ross M. Good (Ross@thegoodlawgroup.com)
THE GOOD LAW GROUP
800 E. Northwest Highway, Suite 814
Palatine, IL 60074
(847) 577-4476 | Fax (800) 709-1179

*Attorney for Appellant*
Astro Companies, LLC

Oral Argument Requested

| # | Dist. of Colorado Docket No. | DOCUMENT TITLE | DATE | PAGE |
|---|---|---|---|---|
| | | **VOLUME 1 of 31** | | |
| 1 | Dkt | U.S.D.C. Dist of CO Docket 23-cv-02328-SKC-CYC | 04/27/2026 | 1 |
| 2<br><br>2-1<br><br>2-2 | 10 | Amended Complaint<br>   Ex A – Unsolicited Fax Transmission<br>   Ex B1 - Unsolicited Fax Transmission | 12/21/2023 | 12<br><br>34<br><br>36 |

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 3

APPEAL,JD1,MJ CIV PP,NDISPO,STAYED,TERMED

# U.S. District Court - District of Colorado
## District of Colorado (Denver)
## CIVIL DOCKET FOR CASE #: 1:23-cv-02328-SKC-CYC

Astro Companies, LLC v. WestFax, Inc
Assigned to: Judge S. Kato Crews
Referred to: Magistrate Judge Cyrus Y. Chung
Demand: $12,869,000
Case in other court: USCA- 10th Circuit, 26-01066
Cause: 47:227(b)(3) - Telephone Consumer Protection Act of 1991

Date Filed: 09/11/2023
Date Terminated: 02/12/2025
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Astro Companies, LLC**

represented by **Ross Michael Good**
The Good Law Group
800 East Northwest Highway
Suite 814
Palatine, IL 60074
847-600-9576
Email: ross@thegoodlawgroup.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**WestFax Inc**

represented by **Alyson S. Evett**
Montgomery Little & Soran, P.C.
5445 DTC Parkway
Suite 800
Greenwood Village, CO 80111-3053
303-779-2747
Email: aevett@montgomerylittle.com
*ATTORNEY TO BE NOTICED*

**James Cullen Taravella**
Montgomery Little & Soran, P.C.
5445 DTC Parkway
Suite 800
Greenwood Village, CO 80111-3053
303-773-8100
Fax: 303-220-0412
Email: jtaravella@montgomerylittle.com
*ATTORNEY TO BE NOTICED*

**Nathan G. Osborn**
Montgomery Little & Soran, P.C.
5445 DTC Parkway
Suite 800
Greenwood Village, CO 80111-3053
303-773-8100

1

Fax: 303-220-0412
Email: nosborn@montgomerylittle.com
*ATTORNEY TO BE NOTICED*

**William B. Hayes , III**
William B. Hayes, Attorney at Law
824 Hideaway Circle East
Suite 341
Marco Island, FL 34145
303-514-0658
Email: sqhayes@aol.com
*TERMINATED: 03/08/2024*

**Defendant**

| | | |
|---|---|---|
| **Duck Dive Communications LLC**<br>*doing business as*<br>JBlast | represented by | **Alyson S. Evett**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **James Cullen Taravella**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Nathan G. Osborn**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Barry Clark** | represented by | **Alyson S. Evett**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **James Cullen Taravella**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Nathan G. Osborn**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Chad Matheson**<br>*and John Does 1-10* | represented by | **Jamie N. Dickinson**<br>Spencer Fane LLP<br>1700 Lincoln Street<br>Suite 2000<br>Denver, CO 80203<br>303-839-3800<br>Fax: 303-839-3838<br>Email: jndickinson@spencerfane.com<br>*ATTORNEY TO BE NOTICED* |
| | | **Johanna R. Hyman**<br>Spencer Fane LLP<br>100 South 5th Street<br>Suite 2500 |

2

Minneapolis, MN 55402
612-268-7000
Email: jhyman@spencerfane.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/11/2023 | 1 | COMPLAINT against WestFax Inc (Filing fee $ 402,Receipt Number ACODC-9288037)Attorney Ross Michael Good added to party ASTRO COMPANIES, LLC(pty:pla), filed by ASTRO COMPANIES, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B1, # 3 Exhibit B2, # 4 Exhibit B3, # 5 Exhibit B4, # 6 Exhibit B5, # 7 Exhibit B6, # 8 Exhibit B7, # 9 Exhibit B8, # 10 Exhibit B9, # 11 Civil Cover Sheet, # 12 Summons) (Good, Ross) (Entered: 09/11/2023) |
| 09/11/2023 | 2 | Case assigned to Judge Robert E. Blackburn and drawn to Magistrate Judge Michael E. Hegarty. Text Only Entry (efoga, ) (Entered: 09/12/2023) |
| 09/12/2023 | 3 | SUMMONS issued by Clerk. (Attachments: # 1 Magistrate Judge Consent Form) (efoga, ) (Entered: 09/12/2023) |
| 09/13/2023 | 4 | MEMORANDUM RETURNING CASE by Senior Judge Blackburn. This case is randomly reassigned to Magistrate Judge S. Kato Crews. All future pleadings should be designated as **23-cv-02328-SKC**. (schap, ) (Entered: 09/13/2023) |
| 09/13/2023 | 5 | Magistrate Judge consent form issued pursuant to D.C.COLO.LCivR 40.1, direct assignment of civil actions to full time magistrate judges. (schap, ) (Entered: 09/13/2023) |
| 10/02/2023 | 6 | WAIVER OF SERVICE Returned Executed by Astro Companies, LLC. WestFax Inc waiver sent on 10/2/2023, answer due 12/1/2023. (Good, Ross) (Entered: 10/02/2023) |
| 10/12/2023 | 7 | MINUTE ORDER *Setting Telephone Rule 16(b) Scheduling Conference.* Telephone Scheduling Conference set for 1/11/2024 10:00 AM before Magistrate Judge S. Kato Crews. The parties shall file their proposed scheduling order and email a copy in Word format to Crews_Chambers@cod.uscourts.gov, no later than seven calendar days before the conference. **IT IS FURTHER ORDERED** that a completed Magistrate Judge Consent Form (ECF. # 5 ) shall be filed no later than seven calendar days before the conference. At the scheduled time, counsel shall call the Court provided conference line at (888) 251-2909 Access Code: 5662814#. SO ORDERED by Magistrate Judge S. Kato Crews on 10/12/2023. Text Only Entry (amont, ) (Entered: 10/12/2023) |
| 10/30/2023 | 8 | SUMMONS Returned Executed by Astro Companies, LLC. WestFax Inc served on 9/18/2023, answer due 12/1/2023. (Good, Ross) (Entered: 10/30/2023) |
| 12/21/2023 | 9 | MOTION for Leave to Appear by Defendant WestFax Inc. (Hayes, William) (Entered: 12/21/2023) |
| 12/21/2023 | 10 | AMENDED COMPLAINT against WestFax Inc, DUCK DIVE COMMUNICATIONS LLC d/b/a JBlast, Barry Clark, Chad Matheson, filed by Astro Companies, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B1, # 3 Exhibit B2, # 4 Exhibit B3, # 5 Exhibit B4, # 6 Exhibit B5, # 7 Exhibit B6, # 8 Exhibit B7, # 9 Exhibit B8, # 10 Exhibit B9) (Good, Ross) (Entered: 12/21/2023) |
| 12/22/2023 | 11 | ORDER re 9 Motion for Leave to Appear. This filing is an entry of appearance and need not have been docketed as a Motion. By Magistrate Judge S. Kato Crews on 12/22/2023. Text Only Entry (skclc1) (Entered: 12/22/2023) |

3

| 01/02/2024 | 12 | Joint MOTION for Order to *Modify the Scheduling Conference* by Plaintiff Astro Companies, LLC. (Good, Ross) (Entered: 01/02/2024) |
|---|---|---|
| 01/04/2024 | 13 | ORDER granting 12 Motion for Order. The Telephonic Scheduling Conference is RESET for 2/1/2024 at 09:30 AM in Courtroom C201 before Magistrate Judge S. Kato Crews. The previous call-in instructions shall apply and the proposed order is due seven days in advance.<br><br>IT IS FURTHER ORDERED on or before January 11, 2024, the parties who have appeared in the case shall file the consent/non-consent form indicating whether they consent to magistrate judge jurisdiction.<br><br>SO ORDERED by Magistrate Judge S. Kato Crews on 1/4/2024.<br>Text Only Entry (skclc1) (Entered: 01/04/2024) |
| 01/16/2024 | 14 | **CHANGE IN JUDICIAL OFFICER DESIGNATION.** Due to the recent appointment of Magistrate Judge S. Kato Crews as a United States District Judge, this action will now be updated to reflect his new designation as District Judge S. Kato Crews. District Judge Crews shall retain assignment to this action as presiding judge and Magistrate Judge Michael E. Hegarty is drawn as referral judge. All future pleadings should be designated as 23-cv-02328-SKC. (Text only entry) (agarc, ) (Entered: 01/16/2024) |
| 01/18/2024 | 15 | ORDER REFERRING CASE to Magistrate Judge Michael E. Hegarty for **non-dispositive matters.** Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), this case is referred to the assigned United States Magistrate Judge to (1) convene a scheduling conference under Fed. R. Civ. P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2, (2) conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause, and (3) hear and determine pretrial matters, including discovery and other non-dispositive motions. Court-sponsored alternative dispute resolution is governed by D.C.COLO.LCivR 16.6. On the request of the parties by motion, this Court may direct the parties to engage in an early neutral evaluation, a settlement conference, or another alternative dispute resolution proceeding. Alternatively, the Magistrate Judge, at their discretion, may convene such early neutral evaluation and/or settlement conferences and direct related procedures as may facilitate resolution of this case without the necessity of a motion or prior authorization of the undersigned. **Counsel for the Parties and all counsel who may later enter an appearance shall review and familiarize themselves with the undersigned's Standing Order and Practice Standards, as well as the Practice Standards of the assigned Magistrate Judge.** By US District Judge S. Kato Crews on 1/18/2024. Text Only Entry (skcja, ) (Entered: 01/18/2024) |
| 01/19/2024 | 16 | MINUTE ORDER: Pursuant to the 15 Order of Reference, this Court **vacates** the telephonic scheduling conference set for February 1, 2024 at ECF 13 . The Court **resets** the Fed. R. Civ. P. 16(b) scheduling conference for **February 15, 2024 at 11:45 a.m.**, in Courtroom A-501 before Magistrate Judge Michael E. Hegarty. Proposed Scheduling Order due 2/8/2024. Entered by Magistrate Judge Michael E. Hegarty on 1/19/2024. (jtorr, ) (Entered: 01/19/2024) |
| 01/24/2024 | 17 | MINUTE ORDER Due to a Conflict on the Court's calendar the Scheduling Conference originally set for 2/15/2024 at 11:45 a.m. is reset to 2/12/2024 at 02:30 PM in Courtroom A 501 before Magistrate Judge Michael E. Hegarty. ORDERED by Magistrate Judge Michael E. Hegarty on 1/24/2024. Text Only Entry. (cthom, ) (Entered: 01/24/2024) |
| 01/26/2024 | 18 | SUMMONS REQUEST as to BARRY CLARK, DUCK DIVE COMMUNICATIONS, CHAD MATHESON by Plaintiff Astro Companies, LLC. (Attachments: # 1 Summons |

4

| | | |
|---|---|---|
| | | DUCK DIVE COMMUNICATIONS, # 2 Summons CHAD MATHESON)(Good, Ross) (Entered: 01/26/2024) |
| 01/29/2024 | 19 | Administrative Notice: Summons submitted has incorrect caption and not issued. Please file completed summons for issuance using the event Summons Request. (Text Only Entry) (norlin, ) (Entered: 01/29/2024) |
| 01/29/2024 | 20 | SUMMONS REQUEST as to BARRY CLARK, DUCK DIVE COMMUNICATIONS, CHAD MATHESON by Plaintiff Astro Companies, LLC. (Attachments: # 1 Summons CHAD MATHESON, # 2 Summons DUCK DIVE COMMUNICATIONS)(Good, Ross) (Entered: 01/29/2024) |
| 01/30/2024 | 21 | SUMMONSES issued by Clerk. (jtorr, ) (Entered: 01/30/2024) |
| 02/05/2024 | 22 | MOTION for Extension of Time to File Answer or Otherwise Respond by Defendant WestFax Inc. (Attachments: # 1 Proposed Order (PDF Only))(Hayes, William) (Entered: 02/05/2024) |
| 02/05/2024 | 23 | ORDER REFERRING MOTION: 22 MOTION for Extension of Time to File Answer or Otherwise Respond filed by WestFax Inc referred to Magistrate Judge Michael E. Hegarty. By U.S. District Judge S. Kato Crews on 2/5/2024. Text Only Entry (skcja, ) (Entered: 02/05/2024) |
| 02/05/2024 | 24 | MINUTE ORDER granting 22 Motion to Extend Time for Defendant WestFax, Inc. to Respond to Amended Complaint and to Reschedule the Scheduling Conference. Defendant WestFax, Inc. shall file an Answer or otherwise respond to the Amended Complaint [ECF 10 ] on or before **February 28, 2024**. The Scheduling Conference currently set for February 12, 2024, at 2:30 p.m. is **vacated and reset** to **March 13, 2024, at 11:00 a.m.** in Courtroom A-501. Proposed Scheduling Order due 3/6/2024. Entered by Magistrate Judge Michael E. Hegarty on 2/5/2024.(jtorr, ) (Entered: 02/05/2024) |
| 02/15/2024 | 25 | SUMMONS Returned Executed by Astro Companies, LLC. Duck Dive Communications LLC served on 2/15/2024, answer due 3/7/2024. (Good, Ross) (Entered: 02/15/2024) |
| 02/21/2024 | 26 | SUMMONS Returned Executed by Astro Companies, LLC. Barry Clark served on 2/20/2024, answer due 3/12/2024. (Good, Ross) (Entered: 02/21/2024) |
| 02/23/2024 | 27 | NOTICE of Entry of Appearance by Nathan G. Osborn on behalf of Barry Clark, Duck Dive Communications LLC, WestFax IncAttorney Nathan G. Osborn added to party Barry Clark(pty:dft), Attorney Nathan G. Osborn added to party Duck Dive Communications LLC(pty:dft), Attorney Nathan G. Osborn added to party WestFax Inc(pty:dft) (Osborn, Nathan) (Entered: 02/23/2024) |
| 02/23/2024 | 28 | NOTICE of Entry of Appearance by Alyson S. Evett on behalf of Barry Clark, Duck Dive Communications LLC, WestFax IncAttorney Alyson S. Evett added to party Barry Clark(pty:dft), Attorney Alyson S. Evett added to party Duck Dive Communications LLC(pty:dft), Attorney Alyson S. Evett added to party WestFax Inc(pty:dft) (Evett, Alyson) (Entered: 02/23/2024) |
| 02/23/2024 | 29 | NOTICE of Entry of Appearance by James Cullen Taravella on behalf of Barry Clark, Duck Dive Communications LLC, WestFax IncAttorney James Cullen Taravella added to party Barry Clark(pty:dft), Attorney James Cullen Taravella added to party Duck Dive Communications LLC(pty:dft), Attorney James Cullen Taravella added to party WestFax Inc(pty:dft) (Taravella, James) (Entered: 02/23/2024) |
| 02/27/2024 | 30 | Second MOTION for Extension of Time to File Answer or Otherwise Respond re 16 Minute Order, 10 Amended Complaint, *and Reschedule the Scheduling Conference* by Defendants Barry Clark, Duck Dive Communications LLC, WestFax Inc. (Attachments: # 1 Proposed Order (PDF Only) Proposed Order Granting Motion to Extend Time for |

| | | |
|---|---|---|
| | | Defendants WestFax, Inc., Duck Dive Communications, LLC and Barry Clark to Respond to Amended Complaint and to Reschedule the Scheduling Conference)(Taravella, James) (Entered: 02/27/2024) |
| 02/28/2024 | 31 | MEMORANDUM re: 30 Second MOTION for Extension of Time to File Answer or Otherwise Respond re 16 Minute Order, 10 Amended Complaint, *and Reschedule the Scheduling Conference*. Motion referred to Magistrate Judge Michael E. Hegarty. By U.S. District Judge S. Kato Crews on 2/28/2024. Text Only Entry (skcja, ) (Entered: 02/28/2024) |
| 02/28/2024 | 32 | MINUTE ORDER granting in part and denying in part 30 Defendants' Motion for Extension of Time to Respond to Amended Complaint. Defendants WestFax, Inc., and Duck Dive Communications LLC shall file Answers or otherwise respond to the Amended Complaint (ECF 10 ) **on or before March 12, 2024**. The Court does not find good cause to reset the Scheduling Conference. Accordingly, the Scheduling Conference and proposed Scheduling Order deadline remain set as stated in the Court's February 5, 2024 Order (ECF 24 ). Entered by Chief Magistrate Judge Michael E. Hegarty on 02/28/2024. (mehlc7) (Entered: 02/28/2024) |
| 03/06/2024 | 33 | Proposed Scheduling Order by Defendants Barry Clark, Duck Dive Communications LLC, WestFax Inc. (Taravella, James) (Entered: 03/06/2024) |
| 03/08/2024 | 34 | MOTION to Withdraw as Attorney by Defendant WestFax Inc. (Attachments: # 1 Proposed Order)(Hayes, William) (Entered: 03/08/2024) |
| 03/08/2024 | 35 | ORDER re 34 Motion to Withdraw as Attorney. For good cause, the motion is granted. Attorney William B. Hayes, III is terminated as counsel for WestFax and electronic notifications will be turned off. By U.S. District Judge S. Kato Crews on 3/8/2024. Text Only Entry(skcja, ) (Entered: 03/08/2024) |
| 03/08/2024 | 36 | SUMMONS Returned Executed by Astro Companies, LLC. Chad Matheson served on 3/7/2024, answer due 3/28/2024. (Good, Ross) (Entered: 03/08/2024) |
| 03/12/2024 | 37 | MOTION to Dismiss for Lack of Jurisdiction *pursuant to Fed. R. Civ. P. 12(b)(2)*, MOTION to Dismiss for Failure to State a Claim *pursuant to Fed. R. Civ. P. 12(b)(6)* by Defendant Barry Clark. (Attachments: # 1 Affidavit Ex. A to Motion to Dismiss - Declaration of Barry Clark, # 2 Exhibit Ex. B to Motion to Dismiss - Screenshots of Duck Dive's Website)(Taravella, James) (Entered: 03/12/2024) |
| 03/12/2024 | 38 | MOTION to Dismiss for Lack of Jurisdiction *pursuant to Fed. R. Civ. P. 12(b)(2)*, MOTION to Dismiss for Failure to State a Claim *pursuant to Fed. R. Civ. P. 12(b)(6)* by Defendant Duck Dive Communications LLC. (Attachments: # 1 Affidavit Ex. A to Motion to Dismiss - Declaration of Barry Clark, # 2 Exhibit Ex. B to Motion to Dismiss - Duck Dive's Entity Page with the Delaware Secretary of State, # 3 Exhibit Ex. C to Motion to Dismiss - Screenshots of Duck Dive's Website)(Taravella, James) (Entered: 03/12/2024) |
| 03/12/2024 | 39 | MOTION to Dismiss for Lack of Jurisdiction *pursuant to Fed. R. Civ. P. 12(b)(2)*, MOTION to Dismiss for Failure to State a Claim *pursuant to Fed. R. Civ. P. 12(b)(6)* by Defendant WestFax Inc. (Attachments: # 1 Affidavit Ex. A to Motion to Dismiss - Declaration of Barry Clark)(Taravella, James) (Entered: 03/12/2024) |
| 03/13/2024 | 40 | COURTROOM MINUTES for proceedings held before Magistrate Judge Michael E. Hegarty: Scheduling Conference held on 3/13/2024. FTR: A501. (cthom, ) (Entered: 03/14/2024) |
| 03/13/2024 | 41 | SCHEDULING ORDER by Magistrate Judge Michael E. Hegarty on 3/13/2024. (cthom, ) (Entered: 03/14/2024) |

**6**

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 9

| 03/19/2024 | 42 | NOTICE of Entry of Appearance by Jamie N. Cotter on behalf of Chad MathesonAttorney Jamie N. Cotter added to party Chad Matheson(pty:dft) (Cotter, Jamie) (Entered: 03/19/2024) |
|---|---|---|
| 03/26/2024 | 43 | STIPULATION for Extension of Time to Answer or Respond to the Complaint by Defendant Chad Matheson. Chad Matheson answer due 4/18/2024. (Cotter, Jamie) (Entered: 03/26/2024) |
| 04/02/2024 | 44 | RESPONSE to 37 MOTION to Dismiss for Lack of Jurisdiction *pursuant to Fed. R. Civ. P. 12(b)(2)* MOTION to Dismiss for Failure to State a Claim *pursuant to Fed. R. Civ. P. 12(b)(6)*, 38 MOTION to Dismiss for Lack of Jurisdiction *pursuant to Fed. R. Civ. P. 12(b)(2)* MOTION to Dismiss for Failure to State a Claim *pursuant to Fed. R. Civ. P. 12(b)(6)*, 39 MOTION to Dismiss for Lack of Jurisdiction *pursuant to Fed. R. Civ. P. 12(b)(2)* MOTION to Dismiss for Failure to State a Claim *pursuant to Fed. R. Civ. P. 12(b)(6)* filed by Plaintiff Astro Companies, LLC. (Attachments: # 1 Exhibit 1 - Sample 11-4-2015 proposal Clark instructed Evelyn Grifa to send, # 2 Exhibit 2 - 7-30-2021 Email from Charlotte McCrary, # 3 Exhibit 3 - Correspondence from Deanna Gasseling, # 4 Exhibit 4 - McCrary LinkedIn, # 5 Exhibit 5 - 5-12-2022 Email Chain, # 6 Exhibit 6 - 127 High Street Ad, # 7 Exhibit 7 - Clear Choice Ad)(Good, Ross) (Entered: 04/02/2024) |
| 04/10/2024 | 45 | Joint MOTION for Protective Order by Defendants Barry Clark, Duck Dive Communications LLC, WestFax Inc. (Attachments: # 1 Proposed Order (PDF Only)) (Taravella, James) (Entered: 04/10/2024) |
| 04/10/2024 | 46 | MEMORANDUM: re 45 Joint MOTION for Protective Order filed by Duck Dive Communications LLC, Barry Clark, WestFax Inc. Motion referred to Magistrate Judge Michael E. Hegarty. By U.S. District Judge S. Kato Crews on 4/10/2024. Text Only Entry (skcja, ) (Entered: 04/10/2024) |
| 04/11/2024 | 47 | ORDER denying without prejudice 45 the Parties' Stipulated Motion for Protective Order.<br><br>Pursuant to this District's Magistrate Judges' Uniform Civil Practice Standards, a proposed protective order "must state that (1) the party designating information as confidential bears the burden of establishing that good cause exists for the disputed information to be treated as confidential and (2) the Court will not retain jurisdiction over a matter once the case is closed." D.C.COLO.MJ V(5). The Parties' proposed order contains neither of these requirements. Further, a proposed protective order should not permit the filing of discovery motions and should instead reflect the discovery dispute process discussed in Section VI of the Magistrate Judges' Uniform Civil Practice Standards. *Id.* Here, the Parties' proposed order explicitly contemplates filing a discovery motion rather than following the appropriate discovery dispute procedures. ECF 45-1 at 5.<br><br>Should the Parties wish to move again for entry of a protective order, their proposed order must comply with all of the applicable requirements and they must email a Word copy of the proposed protective order to Chambers (hegarty_chambers@cod.uscourts.gov). D.C.COLO.MJ V(5). Appendix A to the Magistrate Judges' Uniform Civil Practice Standards is a sample joint protective order that the Parties are encouraged to review and adopt as modified to the needs of their case. Entered by Chief Magistrate Judge Michael E. Hegarty on 04/11/2024. Text Only Entry (mehlc7) (Entered: 04/11/2024) |
| 04/12/2024 | 48 | Joint MOTION for Protective Order by Defendants Barry Clark, Duck Dive Communications LLC, WestFax Inc. (Attachments: # 1 Proposed Order (PDF Only)) (Taravella, James) (Entered: 04/12/2024) |
| 04/12/2024 | 49 | MEMORANDUM: re 48 Joint MOTION for Protective Order filed by Duck Dive Communications LLC, Barry Clark, WestFax Inc. Motion referred to Magistrate Judge |

7

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 10

| | | |
|---|---|---|
| | | Michael E. Hegarty. By U.S. District Judge S. Kato Crews on 4/12/2024. Text Only Entry (skcja, ) (Entered: 04/12/2024) |
| 04/12/2024 | 50 | MOTION for Extension of Time to *Reply In Support of Motion to Dismiss* by Defendants Barry Clark, Duck Dive Communications LLC, WestFax Inc. (Attachments: # 1 Proposed Order (PDF Only))(Taravella, James) (Entered: 04/12/2024) |
| 04/15/2024 | 51 | ORDER re 50 Motion for Extension of Time to File re 50 MOTION for Extension of Time to *Reply In Support of Motion to Dismiss*. For good cause, the motion is granted. Defendants WestFax, Duck Dive, and Barry Clark shall file a reply in support of their motion to dismiss on or before 4/19/2024. By U.S. District Judge S. Kato Crews on 4/15/2024. Text Only Entry(skcja, ) (Entered: 04/15/2024) |
| 04/15/2024 | 52 | ORDER granting 48 the Parties' Stipulated Motion for Revised Protective Order for good cause shown. The Court shall separately issue the Protective Order. Entered by Chief Magistrate Judge Michael E. Hegarty on 04/15/2024. Text Only Entry (mehlc7) (Entered: 04/15/2024) |
| 04/15/2024 | 53 | JOINT PROTECTIVE ORDER. Entered by Magistrate Judge Michael E. Hegarty on 4/15/2024. (dgumb, ) (Entered: 04/15/2024) |
| 04/18/2024 | 54 | MOTION to Dismiss for Failure to State a Claim *and Incorporated Memorandum of Law* by Defendant Chad Matheson. (Cotter, Jamie) (Entered: 04/18/2024) |
| 04/19/2024 | 55 | REPLY to Response to 37 MOTION to Dismiss for Lack of Jurisdiction *pursuant to Fed. R. Civ. P. 12(b)(2)* MOTION to Dismiss for Failure to State a Claim *pursuant to Fed. R. Civ. P. 12(b)(6)*, 39 MOTION to Dismiss for Lack of Jurisdiction *pursuant to Fed. R. Civ. P. 12(b)(2)* MOTION to Dismiss for Failure to State a Claim *pursuant to Fed. R. Civ. P. 12(b)(6)*, 38 MOTION to Dismiss for Lack of Jurisdiction *pursuant to Fed. R. Civ. P. 12(b)(2)* MOTION to Dismiss for Failure to State a Claim *pursuant to Fed. R. Civ. P. 12(b)(6)* filed by Defendants Barry Clark, Duck Dive Communications LLC, WestFax Inc. (Attachments: # 1 Exhibit Ex. A to Combined Reply - Screenshot of Assent Required to Customer Agreement)(Taravella, James) (Entered: 04/19/2024) |
| 04/25/2024 | 56 | CORPORATE DISCLOSURE STATEMENT. (Taravella, James) (Entered: 04/25/2024) |
| 05/08/2024 | 57 | RESPONSE to 54 MOTION to Dismiss for Failure to State a Claim *and Incorporated Memorandum of Law* filed by Plaintiff Astro Companies, LLC. (Attachments: # 1 Exhibit Exhibit A)(Good, Ross) (Entered: 05/08/2024) |
| 05/09/2024 | 58 | MOTION to Stay *Discovery Pending Resolution of Motions to Dismiss* by Defendants Barry Clark, Duck Dive Communications LLC, WestFax Inc. (Taravella, James) (Entered: 05/09/2024) |
| 05/09/2024 | 59 | MEMORANDUM: re 58 MOTION to Stay *Discovery Pending Resolution of Motions to Dismiss* filed by Duck Dive Communications LLC, Barry Clark, WestFax Inc. Motion referred to Magistrate Judge Michael E. Hegarty. By U.S. District Judge S. Kato Crews on 5/9/2024. Text Only Entry (skcja, ) (Entered: 05/09/2024) |
| 05/09/2024 | 60 | JOINDER re 58 MOTION to Stay *Discovery Pending Resolution of Motions to Dismiss* by Defendant Chad Matheson. (Cotter, Jamie) (Entered: 05/09/2024) |
| 05/09/2024 | 61 | MINUTE ORDER re: 58 MOTION to Stay *Discovery Pending Resolution of Motions to Dismiss* filed by Duck Dive Communications LLC, Barry Clark, WestFax Inc. Oral Argument set for 5/15/2024 at 10:30 AM in Courtroom A 501 before Magistrate Judge Michael E. Hegarty. ORDERED by Magistrate Judge Michael E. Hegarty on 5/9/2024. (Attachments: # 1 Instructions on how to appear by video) (cthom, ) (Entered: 05/09/2024) |

**8**

| | | |
|---|---|---|
| 05/14/2024 | 62 | RESPONSE to 58 MOTION to Stay *Discovery Pending Resolution of Motions to Dismiss* filed by Plaintiff Astro Companies, LLC. (Good, Ross) (Entered: 05/14/2024) |
| 05/15/2024 | 63 | NOTICE of Entry of Appearance by Johanna R. Hyman on behalf of Chad MathesonAttorney Johanna R. Hyman added to party Chad Matheson(pty:dft) (Hyman, Johanna) (Entered: 05/15/2024) |
| 05/15/2024 | 64 | COURTROOM MINUTES for proceedings held before Magistrate Judge Michael E. Hegarty: Oral Argument Hearing held on 5/15/2024. The 58 Motion to Stay Discovery Pending the Resolution of Motions to Dismiss is GRANTED and discovery is STAYED with the exception that the Court permits third-party discovery and those tasks needed for identifying third parties, FTR: A501. (cthom, ) (Entered: 05/15/2024) |
| 05/22/2024 | 65 | REPLY to Response to 54 MOTION to Dismiss for Failure to State a Claim *and Incorporated Memorandum of Law* filed by Defendant Chad Matheson. (Hyman, Johanna) (Entered: 05/22/2024) |
| 06/27/2024 | 66 | TRANSCRIPT of ORAL ARGUMENT HEARING held on 05/15/2024 before Magistrate Judge Hegarty. Pages: 1-29. Prepared by: AB Litigation Services. **NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.** Transcript may only be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (AB Court Reporting & Video, Inc., ) (Entered: 06/27/2024) |
| 07/09/2024 | 67 | NOTICE of Change of Address/Contact Information by Ross Michael Good (Good, Ross) (Entered: 07/09/2024) |
| 01/06/2025 | 68 | REASSIGNING MAGISTRATE JUDGE. This action is reassigned to Magistrate Judge Cyrus Y. Chung upon his appointment. All future pleadings should reference Magistrate Judge Chung at the end of the civil action number (such as 23-cv-02328-SKC-CYC). Unless otherwise ordered, the dates and times for all previously scheduled matters will be maintained and will now be handled by Magistrate Judge Chung in Courtroom C-205 in the Byron G. Rogers Courthouse, 1961 Stout St, Denver, CO 80294. If previously directed to contact Chief Magistrate Judge Michael E. Hegarty or his Chambers, Parties shall instead contact Chung Chambers at the following telephone number or email address: 303-335-2761 and Chung_Chambers@cod.uscourts.gov. (Text only entry) (echa, ) (Entered: 01/06/2025) |
| 02/06/2025 | 69 | NOTICE of Change of Address/Contact Information *(Attorney Name)* by Jamie N. Dickinson (Dickinson, Jamie) (Entered: 02/06/2025) |
| 02/12/2025 | 70 | ORDER: For the reasons stated herein, the Court GRANTS Defendant Matheson's 54 Motion to Dismiss for Failure to State a Claim. Because the Court's reasoning applies equally to Plaintiff's claims against all Defendants, the Court further FINDS AS MOOT the remaining Motions to Dismiss 37 , 38 , 39 . The Clerk of Court shall close this case.<br><br>SO ORDERED by Judge S. Kato Crews on 2/12/2025. (skclc1) (Entered: 02/12/2025) |
| 02/12/2025 | 71 | FINAL JUDGMENT in favor of Defendants and against Plaintiff pursuant to 70 Order Re: Motions to Dismiss, by Clerk on 2/12/2025. (ebuch) (Entered: 02/12/2025) |

**9**

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 12

| 03/07/2025 | 72 | MOTION for Reconsideration re 70 Order on Motion to Dismiss for Failure to State a Claim,, Order on Motion to Dismiss/Lack of Jurisdiction,,,,,,,,,,, by Plaintiff Astro Companies, LLC. (Attachments: # 1 Exhibit A - 2003 Order)(Good, Ross) (Entered: 03/07/2025) |
| 03/18/2025 | 73 | MOTION for Extension of Time to *Regarding Submission and Briefing Related to Bill of Costs* by Defendants Duck Dive Communications LLC, Barry Clark, WestFax Inc. (Attachments: # 1 Proposed Order (PDF Only))(Taravella, James) (Entered: 03/18/2025) |
| 03/20/2025 | 74 | ORDER granting 73 Motion for Extension of Time. The submission deadline for the bill of costs and briefing related thereto is extended to 14 days from the date that this Court issues its order regarding the Motion to Reconsider.<br><br>SO ORDERED by Judge S. Kato Crews on 3/20/2025.<br>Text Only Entry (skclc1) (Entered: 03/20/2025) |
| 03/28/2025 | 75 | RESPONSE to 72 MOTION for Reconsideration re 70 Order on Motion to Dismiss for Failure to State a Claim,, Order on Motion to Dismiss/Lack of Jurisdiction,,,,,,,,,,, filed by Defendants Duck Dive Communications LLC, Barry Clark, Chad Matheson, WestFax Inc. (Taravella, James) (Entered: 03/28/2025) |
| 04/11/2025 | 76 | Unopposed MOTION for Leave to File Excess Pages by Plaintiff Astro Companies, LLC. (Attachments: # 1 Exhibit A - Proposed Order)(Good, Ross) (Entered: 04/11/2025) |
| 04/11/2025 | 77 | REPLY to Response to 72 MOTION for Reconsideration re 70 Order on Motion to Dismiss for Failure to State a Claim,, Order on Motion to Dismiss/Lack of Jurisdiction,,,,,,,,,,, filed by Plaintiff Astro Companies, LLC. (Attachments: # 1 Exhibit 1)(Good, Ross) (Entered: 04/11/2025) |
| 06/30/2025 | 78 | NOTICE of Supplemental Authorities by Plaintiff Astro Companies, LLC (Attachments: # 1 Exhibit A)(Good, Ross) (Entered: 06/30/2025) |
| 02/09/2026 | 79 | ORDER granting 76 Motion for Leave to File Excess Pages. SO ORDERED by Judge S. Kato Crews on 2/9/2026. Text Only Entry(skclc1) (Entered: 02/09/2026) |
| 02/09/2026 | 80 | For the reasons stated in this ORDER, the 72 Motion for Reconsideration is respectfully DENIED.<br><br>By Judge S. Kato Crews on 2/9/2026.<br>(skclc1) (Entered: 02/09/2026) |
| 03/06/2026 | 81 | NOTICE OF APPEAL as to 70 Order on Motion to Dismiss for Failure to State a Claim,, Order on Motion to Dismiss/Lack of Jurisdiction,,,,,,,,,,, 80 Order on Motion for Reconsideration by Plaintiff Astro Companies, LLC (Filing fee $ 605, Receipt Number ACODC-10864827) (Good, Ross) (Entered: 03/06/2026) |
| 03/09/2026 | 82 | LETTER Transmitting Notice of Appeal to all counsel advising of the transmittal of the 81 Notice of Appeal, filed by Astro Companies, LLC to the U.S. Court of Appeals. ( Retained Counsel, Fee paid,) (Attachments: # 1 Docket Sheet, # 2 Preliminary Record) (ggill, ) (Entered: 03/09/2026) |
| 03/09/2026 | 83 | USCA Case Number 26-1066 for 81 Notice of Appeal, filed by Astro Companies, LLC. (ggill, ) (Entered: 03/09/2026) |
| 03/18/2026 | 84 | TRANSCRIPT ORDER FORM re 81 Notice of Appeal, by Plaintiff Astro Companies, LLC (Good, Ross) (Entered: 03/18/2026) |
| 03/19/2026 | 85 | LETTER TO USCA and all counsel certifying the record is complete as to 81 Notice of Appeal, filed by Astro Companies, LLC. A transcript order form was filed stating that a |

10

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 13

transcript is not necessary. ( Appeal No. 26-1066) Text Only Entry (sphil, ) (Entered: 03/19/2026)

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/27/2026 12:54:22 | | | |
| **PACER Login:** | rgood2917 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:23-cv-02328-SKC-CYC |
| **Billable Pages:** | 10 | **Cost:** | 1.00 |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| ASTRO COMPANIES, LLC.           ) | |
|         ) | |
|       Plaintiff,     ) | |
|         ) | |
| vs.           ) | |
|         )  Case No. 1:23-cv-02328 | |
| WESTFAX, INC, DUCK DIVE     ) | |
| COMMUNICATIONS LLC d/b/a JBlast,  ) | |
| BARRY CLARK, CHAD MATHESON, and  ) | |
| JOHN DOES 1-10       ) | |
|         ) | |
|      Defendants.    ) | |

**FIRST AMENDED COMPLAINT**

Plaintiff, ASTRO COMPANIES, INC., brings this action through its attorneys, and alleges the following for its First Amended Complaint against Defendants, WESTFAX, INC., DUCK DIVE COMMUNICATIONS LLC d/b/a JBlast, and JOHN DOES 1-10 (collectively "Defendants"):

**PRELIMINARY STATEMENT**

1. This case challenges Defendants' practice of sending unsolicited facsimile advertisements in violation of the federal Telephone Consumer Protection Act of 1991 ("TCPA"), as amended by the Junk Fax Prevention Act of 2005, 47 USC § 227 ("JFPA"), and the regulations promulgated thereunder by the Federal Communications Commission ("FCC").

2. Plaintiff, ASTRO COMPANIES, LLC ("Astro"), brings this case against WestFax and JOHN DOES 1-10 under the TCPA.

3. Astro is informed and believes, and upon such information and belief avers, that this action is based upon a common nucleus of operative fact because the facsimile transmissions

12

at issue were and are being done in the same or similar manner. This action is based on the same legal theory, namely liability under the TCPA.

## JURISDICTION AND VENUE

4.      This Court has subject matter jurisdiction under 28 U.S.C. § 1331, 28 U.S.C. § 1332 and 47 U.S.C § 227.

## PARTIES

5.      Astro is a limited liability company based in Florida, whose members are domiciled in Florida.

6.      On information and belief, Defendant, WESTFAX, INC. ("WestFax"), is a Colorado corporation with its principal place of business in Centennial, Colorado.

7.      On information and belief, Defendant, DUCK DIVE COMMUNICATIONS LLC d/b/a JBlast ("JBlast"), is a Delaware corporation with its principal place of business in Centennial, Colorado.

8.      On information and belief, Defendant, Barry Clark, is an individual domiciled in Orange County, California

9.      On information and belief, Defendant, Chad Matheson is an individual domiciled in Denver County, Colorado.

10.     John Does 1-10 will be identified through discovery but are not presently known.

## FACTS

11.     WestFax is a fax broadcaster that has been sending high-volume fax communications since 1999.

12.     WestFax tells prospective customers "Broadcast fax is effective. Email gets lost in the inbox and direct mail tossed in the trash; broadcast faxes are perceived as time-sensitive

2

communications that instantly capture the recipient's attention." https://westfax.com/broadcast-fax/ accessed August 20, 2023.

13.     WestFax has devised an elaborate scheme that is a subterfuge for its high degree of direct involvement in what is possibly the largest junk fax operation in the United States.

14.     Over the years, in response to legal threats and allegations WestFax has claimed that it is not liable for violations of federal and state laws prohibiting or restricting junk faxes.

15.     WestFax has claimed that it has little direct involvement in the actual sending of the faxes. WestFax has claimed that its client's program WestFax's equipment to send the junk faxes, and that WestFax's clients are responsible for any legal violations because defendant has no knowledge about the content of the faxes.

16.     WestFax is knowingly and integrally involved in sending up to millions of junk faxes to United States' recipients every day.

17.     Astro brings this case to put an end to WestFax's unlawful and unfair practices and for statutory damages.

18.     WestFax has the capacity to send over 1,000,000 junk faxes per day.

19.     The Telephone Consumer Protection Act of 1991, as amended by the Junk Fax Prevention Act of 2005, 47 USC § 227 (hereafter the "TCPA" or the "Act"), makes it unlawful for any person to "use any telephone facsimile machine, computer or other device to send, to a telephone facsimile machine, an unsolicited advertisement . . ." 47 U.S.C. § 227(b)(1)(C). The restriction regarding unsolicited fax advertisements falls under "automated telephone equipment." 47 U.S.C. § 227(b)(1)(C).

20.     The TCPA defines "unsolicited advertisement" as "any material advertising the commercial availability or quality of any property, goods, or services which is transmitted to any

3

person without that person's prior express invitation or permission, in writing or otherwise." 47 U.S.C. § 227(a)(5).

21.     The TCPA defines the term "telephone facsimile machine" as any "equipment which has the capacity (A) to transcribe text or images, or both, from paper into an electronic signal and to transmit that signal over a regular telephone line, or (B) to transcribe text or images (or both) from an electronic signal received over a regular telephone line onto paper." 47 U.S.C. § 227(a)(3).

22.     Online fax services use equipment, namely, a fax server, to convert "traditional faxes" into a readable form (such as a PDF) which is then either attached to an email and forwarded to the recipients' computer via email or is made available on a portal (a server) maintained by the online fax service to be read by the online fax server subscriber/recipient and is available to be printed at the online fax service recipients' convenience.

23.     Online fax services also contain equipment that has the capacity "to transcribe text or images (or both) from an electronic signal received over a regular telephone line onto paper."

24.     Astro is not an online fax services subscriber.

25.     Astro provides online fax services to its customers.

26.     Astro is the subscriber for each phone line that was sent the faxes at issue in this case.

27.     Astro owns the equipment used to receive the faxes at issue.

28.     Faxes can be sent to Astro in bursts from junk fax senders.

29.     When a fax burst occurs, it can fill all available telecommunications and information technology resources on Astro's network for a period of time, during which time Astro's telecommunications services are not free to receive non-junk faxes.

30.     The junk faxes identified in this complaint were not received on phone numbers assigned by Astro to any of Astro's customers.

31.     The regulations implementing the TCPA define "sender" as the "person or entity on whose behalf a facsimile unsolicited advertisement is sent or whose goods or services are advertised or promoted in the unsolicited advertisement." 47 C.F.R. § 64.1200(f)(11).

32.     The chapter in which the TCPA is listed, Chapter 5, "Wire or Radio Communication," defines the term "person" to "include[ ] an individual, partnership, association, joint-stock company, trust, or corporation" *See* Communications Act of 1934, Definitions, 47 USC. § 153(39).

33.     Because the TCPA creates a private right of action for those to whom unsolicited fax advertisements are sent, 47 U.S.C. § 227(b)(3), the statutory rights conferred by the TCPA are violated upon the sending of the unsolicited fax advertisement regardless of whether the fax is ultimately reviewed by an actual person.

34.     Plaintiff suffered numerous concrete injuries when Defendants sent unsolicited fax advertisements during the four-year period in violation of Plaintiff's statutory right not to be sent unsolicited fax advertisements.

35.     Defendants' unsolicited fax advertisements violate Plaintiff's right to privacy and interest in seclusion, are a nuisance, and interfere with interstate commerce.

36.     In addition to the foregoing, Defendants' unsolicited fax advertisements also cause harm to the Plaintiff in that said Faxes occupy fax lines, prevent fax machines from receiving authorized faxes, prevent their use for authorized outgoing faxes, cause undue wear and tear on the recipients' fax machines, use paper and ink toner if the fax was printed, waste the Plaintiff's time

5

16

that would have been spent on something else, and require additional labor and effort to attempt to discern the source and purpose of the unsolicited message.

37.     The TCPA defines the term "telephone facsimile machine" as any "equipment which has the capacity (A) to transcribe text or images, or both, from paper into an electronic signal and to transmit that signal over a regular telephone line, or (B) to transcribe text or images (or both) from an electronic signal received over a regular telephone line onto paper." 47 U.S.C. § 227(a)(3).

38.     A fax transmission is a 2-way conversation between two fax machines. A record of a successful transmission, i.e., a fax log, means that all documented pages were fully received. This is demonstrated by the event of the receipt from the receiving machine of the positive confirmation of receipt of the transmission. Further, the receiving machine must respond. If it does not, the fax transmission is recorded as unsuccessful.

39.     The attached exhibits demonstrate which faxes successfully transmitted. Each of the successfully transmitted fax advertisements demonstrate a concrete injury, show Astro had its rights under the TCPA violated, and has a claim under the TCPA for each successfully transmitted fax attached to this Complaint.

40.     Defendants' unsolicited fax advertisements were not based on an established business relationship ("EBR"), and do not display a proper opt-out notice as required by 47 C.F.R. § 227(b)(1)(C) and 47 C.F.R. § 64.1200(a)(4), thereby precluding the affirmative defense of EBR.

41.     Defendants did not obtain Plaintiff's prior express invitation or permission to send unsolicited fax advertisements.

**The Fax Police**

42.	WestFax, or a person or entity acting on behalf of Defendant, in violation of the TCPA, sent Astro an unsolicited fax advertisement on or about June 8, 2022 ("The Fax Police Ad"), a true and correct copy of which is attached hereto as Exhibit A.

43.	WestFax compiled its own fax target lists for sending Exhibit A.

44.	WestFax engages in wardialing to compile its own proprietary fax lists to target Exhibit A.

45.	Astro did not give "prior express invitation or permission" to anyone to send the Fax Police Ad to Astro, within the meaning of 47 U.S.C. § 227(a)(5).

46.	The Fax Police Ad occupied Astro's fax line, making it unavailable for legitimate business purposes.

47.	WestFax transmitted The Fax Police Ad successfully to Astro.

48.	The Fax Police Ad does not personally address Astro.

49.	Astro did not have an "established business relationship" with WestFax, within the meaning of 47 C.F.R. § 64.1200(f)(5).info

50.	The Fax Police Ad states, "Tired of receiving unwanted faxes? Here's a simple way to be removed from fax lists and it's free. Simple fax your unwanted faxes to (866) 553-7002 and the Fax Police will remove you from the fax lists."

51.	The Fax does not state that a request not to send future fax advertisements is enforceable only if (A) the request identifies the telephone number to which the request relates, (B) the request is made using the means identified by the sender in the fax, and (C) the person making the request does not subsequently give the sender express invitation or permission to send fax advertisements.

52.	The Fax Police Ad was created by WestFax to generate sales for WestFax.

7

18

53.      The Fax Police Ad was physically transmitted by WestFax.

54.      There is no reasonable means for Astro to avoid receiving unauthorized faxes from WestFax.

55.      On December 2,2014, the Honorable Judge James B. Zagel ruled denying a Motion to Dismiss in an eerily similar case in which a fax broadcaster called 127 High Street, Inc, ("127 High Street") sought dismissal of a Complaint for sending fax advertisements seeking fax advertisements which would be used by those defendants as prospective customers of the fax broadcaster; the only difference is in that case "fax invites the recipients to do business with Defendants by soliciting recipients to submit advertisements in return for a fee through what amounts to a commercial fax-buying service." *Magic, Inc. v. 127 High Street, Inc*., 2014 U.S. Dist. LEXIS 166551, at \*5 (N.D. Ill. Dec. 2, 2014) (internal quotation omitted).

56.      WestFax purchased the assets of 127 High Street.

57.      WestFax stopped the fax-buying portion of the solicitations utilized by 127 High Street but continued marketing efforts targeting fax advertisers violating the TCPA with the goal of establishing business relationships with them.

58.      On or before December 4, 2020, WestFax purchased the domain JBlast.com from a company then called J2 Global (Nasdaq: JCOM).

59.      WestFax set up the company Duck Dive Communications LLC to operate JBlast.

60.      JBlast has operated JBlast.com since prior to June 1, 2021.

61.      JBlast holds itself out as a platform that "is a pay-as-you-go fax marketing platform that sends mass fax broadcasts to thousands of people quickly and easily."

62.      JBlast is a wholly owned subsidiary of WestFax.

63.      JBlast does not have its own equipment to broadcast faxes.

64.     JBlast uses WestFax's equipment to transmit faxes.

65.     The purpose of the Fax Police Ad was targeting of fax advertisers violating the TCPA with a goal of establishing business relationships.

66.     WestFax has been operating the Fax Police Ad program for at least 10 years.

67.     WestFax created the fiction that it is The Fax Police.

68.     The Fax Police Ad requests submissions of  fax advertisements.

69.     The Fax Police Ad does not disclose that WestFax will use fax advertisements submitted to solicit new business.

70.     WestFax researches the fax advertisements it receives as a result of the The Fax Police Ad to locate prospects for its fax broadcasting business.

71.     WestFax has actual notice that those sending out fax advertisements which were submitted by recipients of WestFax's The Fax Police Ad are violating the TCPA.

72.     WestFax has been sending faxes claiming to be the Fax Police for over ten years.

73.     For all fax advertisers that WestFax induces to switch to WestFax for fax broadcasting services, WestFax has a high degree of involvement in the sending of their advertisements via facsimile.

**Coast Credit**

74.     Facsimile broadcasters are liable under the TCPA for sending junk faxes, including the inclusion of opt-out notices on unsolicited advertisements, if they demonstrate "a high degree of involvement in or actual notice of the unlawful activity" and the fax broadcaster "fails to take steps to prevent such facsimile transmissions." 47 C.F.R. § 64.1200 (emphasis added).

75.     WestFax had a high degree of involvement and actual notice for faxes it sent on behalf of John Doe 1 d/b/a Coast Credit ("Coast Credit").

9

20

76.     JBlast had a high degree of involvement and actual notice for faxes it sent on behalf of Coast Credit.

77.     Between January 28, 2021 and June 22, 2023, Coast Credit contracted WestFax and JBlast to send 8,579 fax advertisements to Astro.

78.     Attached hereto as Exhibits B1, B2, B3, B4, B5, B6, B7, B8, and B9 are the 8,579 faxes WestFax successfully sent to Astro ("Subject Faxes").

79.     The Subject Faxes occupied Astro's fax lines, making them unavailable for legitimate business purposes.

80.     On or about July 31, 2021, WestFax notified Coast Credit that it was to use JBlast for all fax broadcasting activities going forward.

81.     Prior to contracting WestFax to send any faxes, Coast Credit filled out WestFax's Account Set Up Form.

82.     From January 1, 2019 until approximately July 31, 2021, Coast Credit used WestFax.com's web portal or emailed WestFax staff with @WestFax.com email addresses about fax broadcasting.

83.     WestFax's web portal contained transmission logs for faxes transmitted, billing information, as well as additional information about Coast Credit's account.

84.     From July 31, 2021 to Present, Coast Credit used JBlast's web portal or emailed JBlast staff with @JBlast.com email addresses about fax broadcasting.

85.     Prior to using JBlast to send any faxes, Coast Credit did not fill out an Account Set Up Form.

86.     JBlast's web portal contained transmission logs for faxes transmitted, billing information, as well as additional information about Coast Credit's account.

87. From January 1, 2019 until approximately July 31, 2021, Coast Credit relied on WestFax to provide an opt-out number and manage all opt-out requests.

88. From approximately July 31, 2021 until approximately September 2023, Coast Credit recorded its own opt-out requests and provided them to WestFax.

89. WestFax managed all opt-out requests provided by Coast Credit.

90. From July 31, 2021 to Present, Coast Credit used JBlast's web portal or emailed JBlast staff with @JBlast.com email addresses about fax broadcasting.

91. To initiate a fax broadcast, Coast Credit would communicate with order@jblast.com and provide a CallerID as well as mail-merge instructions.

92. Coast Credit last successfully logged into the JBlast web portal during September 2023.

93. JBlast disabled Coast Credit's ability to log into the JBlast web portal upon receipt of the original Complaint in this matter. (Doc. 1).

94. JBlast destroyed records accessible to Coast Credit on the JBlast web portal upon receipt of the original Complaint in this matter. (Doc. 1).

95. WestFax destroyed records accessible to Coast Credit on the WestFax web portal upon receipt of the original Complaint in this matter. (Doc. 1).

## CLAIMS

### COUNT I
### TELEPHONE CONSUMER PROTECTION ACT, 47 U.S.C. § 227
### (John Doe 1 d/b/a Coast Credit )

96. Astro incorporates all other paragraphs as though fully set forth herein.

97.     Coast Credit contracted WestFax to send the Subject Faxes via facsimile transmission from telephone facsimile machines, computers, or other devices to the telecommunications services and facsimile machines of Astro.

98.     The Subject Faxes constitute advertisements under the TCPA and the regulations implementing the Act. Coast Credit failed to comply with the Opt-Out Requirements in connection with the Subject Faxes.

99.     The Subject Faxes were transmitted to Astro without prior express invitation or permission and/or Coast Credit is precluded from asserting any prior express invitation or permission or that Coast Credit had an established business relationship with Astro, because of the failure to comply with the Opt-Out Notice Requirements.

100.    By virtue thereof, Coast Credit violated the TCPA and the regulations promulgated thereunder by sending the Subject Faxes via facsimile transmission to Astro.

101.    The TCPA is a strict liability statute, so Coast Credit is liable to Astro even if its actions were only negligent.

102.    From January 1, 2019 until approximately July 31, 2021, Coast Credit paid WestFax for the fax broadcasting services.

103.    From July 31, 2021 to Present, Coast Credit paid JBlast for the fax broadcasting services.

104.    Coast Credit provided JBlast a list of opt-outs it received via email approximately every three months.

105.    Coast Credit knew or should have known that (a) Astro had not given prior express invitation or permission for Defendant or anybody else to send faxes advertising the commercial availability or quality of Coast Credit's services; (b) Astro did not have an established business

12

23

relationship; (c) Coast Credit contracted WestFax to transmit the advertisements via facsimile; (d) the Subject Faxes did not contain the required Opt-Out Notice; and (e) Coast Credit's transmission of advertisements via facsimile that did not contain the required opt-out notice or were sent without prior express invitation or permission was unlawful.

**COUNT II**
**TELEPHONE CONSUMER PROTECTION ACT, 47 U.S.C. § 227**
**(WestFax)**

106.    Astro incorporates all other paragraphs as though fully set forth herein.

107.    Barry Clark is the owner of WestFax

108.    Chad Matheson is currently an employee of WestFax

109.    Chad Matheson has been an employee of WestFax since 2015.

110.    Chad Matheson is a Systems Architect at WestFax.

111.    Chad Matheson communicated via email with Coast Credit.

112.    Chad Matheson used the email address chad@westfax.com to conduct business on behalf of WestFax.

113.    Chad Matheson used the email address chad@chadmethson.com to conduct business on behalf of WestFax.

114.    WestFax has operated the website WestFax.com from 2019 to Present.

115.    JBlast is a wholly owned subsidiary of WestFax.

116.    Facsimile broadcasters are liable under the TCPA for sending junk faxes, if they demonstrate "a high degree of involvement in or actual notice of the unlawful activity" and the fax broadcaster "fails to take steps to prevent such facsimile transmissions." 47 C.F.R. § 64.1200.

117.    WestFax violated 47 U.S.C. § 227 et seq. by transmitting the Fax Police Ad to Astro without displaying an opt-out notice compliant with 47 C.F.R. § 64.1200.

118.    WestFax sent the Fax Police Ad.

119. WestFax violated 47 U.S.C. § 227 et seq. by transmitting the Subject Faxes to Astro without displaying an opt-out notice compliant with 47 C.F.R. § 64.1200.

120. WestFax sent the Subject Faxes.

121. WestFax had a high degree of involvement with the unlawful transmissions of the Subject Faxes.

122. WestFax's involvement with the transmissions of the Subject Faxes included, but is not limited to, the following:

    a. It sent the Subject Faxes;

    b. It participated in the design of the Subject Faxes;

    c. It mail-merged the Subject Faxes;

    d. Coast Credit provided WestFax lists of opt-outs it received via email approximately every three months.

    e. It created the lists of targets for the Subject Faxes were sent, by, inter alia, providing lists of targets to Coast Credit;

    f. It maintained the list(s) of recipients to whom the Subject Faxes were sent, by inter alia, taking responsibility for maintaining opt-out requests and ensuring that opt-out requests were checked against future fax broadcasts;

    g. It provided list(s) not to be used to send the Subject Faxes, including but not limited to those developed from The Fax Police program;

    h. It provided recipient lists to Coast Credit for the express purpose of sending unsolicited facsimile transmissions without verifying or investigating whether or not Coast Credit had an existing business relationship with the recipient;

14

     i.   It counseled Coast Credit on the legal requirements, including the opt-out notice, under the TCPA; and

     j.   It counseled Coast Credit on best practices for formatting and design of the Subject Faxes.

123.    WestFax had actual notice of the unlawful transmissions of the Subject Faxes, including actual notice that the Subject Faxes did not display an opt-out notice compliant with 47 C.F.R. § 64.1200.

124.    WestFax took no steps to prevent the unlawful transmissions of the Subject Faxes.

125.    WestFax harvested its other clients' databases of fax numbers and transmission logs to create one or more of the databases of fax numbers that were provided to Coast Credit.

126.    The databases of fax numbers created by WestFax include Astro's fax numbers that which were used to transmit the Subject Faxes.

127.    WestFax proactively ensured that unlawful transmissions would be sent by compiling the database of target fax numbers for Coast Credit.

128.    WestFax operated a Global Opt-Out list (also known as a Global Removals list) for outbound faxes of its customers it had actual notice were violating the TCPA.

129.    At all relevant times WestFax knew or should have known that the Subject Faxes were advertisements.

130.    John Does 1-10 assisted WestFax in the transmission of the Subject Faxes.

131.    Since becoming aware of this lawsuit, WestFax disabled Coast Credit's access to the JBlast web portal.

132.    Since becoming aware of this lawsuit, WestFax destroyed files related to this lawsuit which were previously available on WestFax's web portal.

15

133.    Astro alleges that this action is based upon a common nucleus of operative facts because the facsimile transmissions at issue were and are being done in the same or similar manner. This action is based on the same legal theory, namely, liability under the TCPA for sending unsolicited fax advertisements. This action seeks relief expressly authorized by the TCPA, namely, an award of statutory damages in the minimum amount of $500 for each violation of the TCPA, and to have such damages trebled, as provided by § 227(b)(3) of the Act, in the event willfulness in violating the TCPA is shown.

**COUNT III**
**TELEPHONE CONSUMER PROTECTION ACT, 47 U.S.C. § 227**
**(JBlast)**

134.    Astro incorporates all other paragraphs as though fully set forth herein.

135.    JBlast is a wholly owned subsidiary of WestFax.

136.    Chad Matheson communicated via email with Coast Credit.

137.    Chad Matheson used the email address chad@westfax.com to conduct business on behalf of JBlast.

138.    Chad Matheson used the email address chad@chadmethson.com to conduct business on behalf of JBlast.

139.    JBlast has operated the website JBlast.com from 2021 to Present.

140.    Facsimile broadcasters are liable under the TCPA for sending junk faxes, if they demonstrate "a high degree of involvement in or actual notice of the unlawful activity" and the fax broadcaster "fails to take steps to prevent such facsimile transmissions." 47 C.F.R. § 64.1200.

141.    JBlast violated 47 U.S.C. § 227 et seq. by transmitting the Fax Police Ad to Astro without displaying an opt-out notice compliant with 47 C.F.R. § 64.1200.

142.    JBlast sent the Fax Police Ad.

16

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 30

143. JBlast violated 47 U.S.C. § 227 et seq. by transmitting the Subject Faxes to Astro without displaying an opt-out notice compliant with 47 C.F.R. § 64.1200.

144. JBlast sent the Subject Faxes.

145. JBlast had a high degree of involvement with the unlawful transmissions of the Subject Faxes.

146. JBlast's involvement with the transmissions of the Subject Faxes included, but is not limited to, the following:

    a. It sent the Subject Faxes;

    b. It participated in the design of the Subject Faxes;

    c. It mail-merged the Subject Faxes;

    d. Coast Credit provided WestFax lists of opt-outs it received via email approximately every three months.

    e. It created the lists of targets for the Subject Faxes were sent, by, inter alia, providing lists of targets to Coast Credit;

    f. It maintained the list(s) of recipients to whom the Subject Faxes were sent, by inter alia, taking responsibility for maintaining opt-out requests and ensuring that opt-out requests were checked against future fax broadcasts;

    g. It provided list(s) not to be used to send the Subject Faxes, including but not limited to those developed from The Fax Police program;

    h. It provided recipient lists to Coast Credit for the express purpose of sending unsolicited facsimile transmissions without verifying or investigating whether or not Coast Credit had an existing business relationship with the recipient;

      i.    It counseled Coast Credit on the legal requirements, including the opt-out notice, under the TCPA; and

      j.    It counseled Coast Credit on best practices for formatting and design of the Subject Faxes.

147.    JBlast had actual notice of the unlawful transmissions of the Subject Faxes, including actual notice that the Subject Faxes did not display an opt-out notice compliant with 47 C.F.R. § 64.1200.

148.    JBlast took no steps to prevent the unlawful transmissions of the Subject Faxes.

149.    JBlast harvested its other clients' databases of fax numbers and transmission logs to create one or more of the databases of fax numbers that were provided to Coast Credit.

150.    The databases of fax numbers created by JBlast include Astro's fax numbers that which were used to transmit the Subject Faxes.

151.    JBlast proactively ensured that unlawful transmissions would be sent by compiling the database of target fax numbers for Coast Credit.

152.    JBlast operated a Global Opt-Out list (also known as a Global Removals list) for outbound faxes of its customers it had actual notice were violating the TCPA.

153.    At all relevant times JBlast knew or should have known that the Subject Faxes were advertisements.

154.    John Does 1-10 assisted JBlast in the transmission of the Subject Faxes.

155.    Since becoming aware of this lawsuit, JBlast disabled Coast Credit's access to the JBlast web portal.

156.    Since becoming aware of this lawsuit, JBlast destroyed files related to this lawsuit which were previously available on JBlast's web portal.

18

157.    Astro alleges that this action is based upon a common nucleus of operative facts because the facsimile transmissions at issue were and are being done in the same or similar manner. This action is based on the same legal theory, namely, liability under the TCPA for sending unsolicited fax advertisements. This action seeks relief expressly authorized by the TCPA, namely, an award of statutory damages in the minimum amount of $500 for each violation of the TCPA, and to have such damages trebled, as provided by § 227(b)(3) of the Act, in the event willfulness in violating the TCPA is shown.

**COUNT IV**
**TELEPHONE CONSUMER PROTECTION ACT, 47 U.S.C. § 227**
**(Barry Clark)**

158.    Astro incorporates all other paragraphs as though fully set forth herein.

159.    Barry Clark met with Coast Credit's owner in-person on more than one occasion.

160.    Barry Clark communicated with Coast Credit's owner via text message about fax broadcasting.

161.    Barry Clark required that Coast Credit's owner turn off his phone for in-person meetings.

162.    While attending in-person meetings, Barry Clark provided directions regarding the content of the Subject Faxes.

163.    Barry Clark suggested against using bold typefaces as it used more of recipients' toner and would only upset them.

164.    Barry Clark and the owner of Coast Credit discussed mail-merge capabilities at the in-person meetings.

165.    Barry Clark and the owner of Coast Credit discussed having the flyer say it came from an individual rather than a company at the in-person meetings.

166.    Barry Clark discussed with the owner of Coast Credit how opt-outs would be managed by WestFax once WestFax stopped providing the removal service to Coast Credit.

167.    Barry Clark counseled Coast Credit on the legal requirements, including the opt-out notice, under the TCPA.

168.    Barry Clark directed Chad Matheson to create a database of fax numbers for Coast Credit to use as targets.

169.    Since becoming aware of this matter, Barry Clark attempted to contact the owner of Astro.

170.    On November 27, 2023, Barry Clark left a voicemail for Astro.[1]

171.    In his voicemail, Barry Clark threatened to file a counterclaim for defamation against Astro for the filing of the original Complaint in this matter. (Doc. 1).

**COUNT V**
**TELEPHONE CONSUMER PROTECTION ACT, 47 U.S.C. § 227**
**(Chad Matheson)**

172.    Astro incorporates all other paragraphs as though fully set forth herein.

173.    Barry Clark was the supervisor of Chad Matheson.

174.    Chad Matheson is a Systems Architect at WestFax.

175.    Chad Matheson communicated via email with Coast Credit.

176.    Chad Matheson used the email address chad@westfax.com.

177.    Chad Matheson used the email address chad@chadmethson.com.

178.    Chad Matheson provided Coast Credit one or more databases of fax numbers.

179.    Dropbox is a file hosting service used by Chad Matheson.

---

[1] The voicemail is available at https://grabify.link/TLE64R.

180. Chad Matheson used Dropbox links to facilitate the transmission of one or more databases of fax numbers to Coast Credit.

181. Chad Matheson harvested other clients' databases of fax numbers and transmission logs stored on the web portals of WestFax and JBlast to create one or more of the databases of fax numbers he provided to Coast Credit.

182. The databases of fax numbers created by Chad Matheson include Astro's fax numbers that which were used to transmit the Subject Faxes.

183. Some of the fax numbers Chad Matheson provided to Coast Credit contained full contact data including associated names and location.

184. Some of the fax numbers Chad Matheson provided to Coast Credit contained SIC Codes.

185. Chad Matheson discussed with Coast Credit the targeting of Coast Credit's faxes.

186. Chad Matheson proactively ensured that unlawful transmissions would be sent by compiling one or more databases fax numbers for Coast Credit.

187. Chad Matheson provided one or more databases of fax numbers to Coast Credit for the express purpose of sending unsolicited facsimile transmissions without verifying or investigating whether or not Coast Credit had an existing business relationship with any recipient.

188. Chad Matheson created the lists of targets for the Subject Faxes.

189. Chad Matheson's compensation was tied to the assistance he provided to Coast Credit.

WHEREFORE, Plaintiff, Astro Companies, LLC., demands judgment in its favor and against Defendants, WestFax, Inc., Duck Dive Communications LLC d/b/a JBlast, Barry Clark, Chad Matheson, and John Does 1-10., as follows:

A. That the Court award actual monetary loss from such violations or the sum of five hundred dollars ($500.00) for each violation, whichever is greater, and that the Court award treble damages of $1,500.00 if the violations are deemed "willful or knowing" in an amount totaling $12,868,500;

B. That Court enjoin Defendants from additional violations; and

C. That the Court award pre-judgment interest, costs, and such further relief as the Court may deem just and proper.

Respectfully Submitted,
**ASTRO COMPANIES, LLC,**
Plaintiff,

By: _/s/Ross M. Good_____
One of Its Attorneys

Ross Good. Esq.
LOFTUS & EISENBERG, LTD.
161 N. Clark, Suite 1600
Chicago, Illinois 60601
T: 312.899.6625
ross@loftusandeisenberg.com

22

33

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 36

# EXHIBIT A

6/8/22, 10 AM Case No. 1:23-cv-02388-CD Document 1-10 filed 09/12/23 USDC Colorado pg 2 of 2 1/1



# *The Fax Police*

Tired of receiving unwanted faxes?  Here's a simple way to be removed from fax lists and it's free.  Simply fax your unwanted faxes to (866) 553-7002 and the Fax Police will remove you from the fax lists.

The FAX POLICE is a **free service** intended to keep fax lists clean. You should notice fewer "junk" faxes.

Many of the companies that are sending faxes to you keep their own internal database of fax numbers. To be removed from their lists, you must fax us their "junk" fax.  Make sure your fax number appears on the page.  We will contact them and have you removed from their lists.

Keep our fax number by the fax machine and just simply fax your junk faxes to us and we will take care of it for you.

## The Fax Police removal fax #:

# (866) 553-7002

35

# EXHIBIT B1



## Coast Credit
Commercial Finance Group
(562) 513-5123
January 28, 2021

**Twin Cities, Minnesota**
Approved Line: $72,653
Applied Rate: 3.648% fixed
Client ID #: 6517847930

### Mulligan Real Estate

With a business line of credit, you will have access to the working capital you need when you need it most. Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 1 hour
- No Upfront Fees

QUICK
- Funds within 24 hours

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
(562) 513-5123

This follow up program is used to keep in touch with past clients and companies who have requested info. To opt out please visit
www.pleaseunsubscribe.com

37



## Coast Credit
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756253

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

Appellate Case: 26-1066   Document: 22-1   Date Filed: 05/04/2026   Page: 41



## Coast Credit

Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5734488933

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

39

Appellate Case: 26-1066 Document: 22-1 Date Filed: 05/04/2026 Page: 42



## Coast Credit

Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5598910338

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

40



## Coast Credit

Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8706973111

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

41



## Coast Credit
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254769210

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239938

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

43



## Coast Credit

Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5714325815

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit

Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757467

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 48



## Coast Credit

Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3125279678

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

46



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5138892557

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

47



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756756

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

48

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 51



## Coast Credit
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239965

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

49



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5597515009

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

Appellate Case: 26-1066   Document: 22-1   Date Filed: 05/04/2026   Page: 53



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5025301382

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

51



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529195

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

52



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8306656417

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7812398005

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

54

Appellate Case: 26-1066   Document: 22-1   Date Filed: 05/04/2026   Page: 57



## Coast Credit
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6183776909

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

55



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072023729

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

56



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8636930597

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254769052

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

58

Appellate Case: 26-1066     Document: 22-1     Date Filed: 05/04/2026     Page: 61



## Coast Credit
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756264

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

59



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5802435698

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 63



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073137692

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

61

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 64



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5125012669

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2407767004

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9169890783

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

64



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5592758694

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

65

Appellate Case: 26-1066   Document: 22-1   Date Filed: 05/04/2026   Page: 68

66



## Coast Credit
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3102654478

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

66



# Coast Credit

Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5626989858

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

67

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 70



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529009

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

68



## Coast Credit
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756998

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757517

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 73



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239243

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

71

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 74



## Coast Credit

Commercial Finance Group

858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5097358535

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8636240566

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

73



## Coast Credit
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527893

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 77



# Coast Credit

Commercial Finance Group

949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073137314

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

75

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 78



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3163207059

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

76

Appellate Case: 26-1066   Document: 22-1   Date Filed: 05/04/2026   Page: 79



## Coast Credit

Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756648

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

77



## Coast Credit
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819214

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

78

Appellate Case: 26-1066 Document: 22-1 Date Filed: 05/04/2026 Page: 81



## Coast Credit
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2097966110

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

79



## Coast Credit

Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757389

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

Appellate Case: 26-1066 Document: 22-1 Date Filed: 05/04/2026 Page: 83



## Coast Credit

Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8188486543

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

81



## Coast Credit

Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254769797

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6318582400

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit

Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756978

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

84

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 87



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948297

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

85

Appellate Case: 26-1066 Document: 22-1 Date Filed: 05/04/2026 Page: 88



## Coast Credit

Commercial Finance Group

949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073137570

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

86



## Coast Credit
Commercial Finance Group
949-287-5885

08/30/2022

**Approved Line: $78,453**
**Applied Rate: 5.430% fixed**
Client ID #: 9724126005

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

87

Appellate Case: 26-1066 Document: 22-1 Date Filed: 05/04/2026 Page: 90



## Coast Credit

Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7753292335

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

88



## Coast Credit

Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756274

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

89



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2136292441

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

90



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079242153

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9522223697

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 95



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948177

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

93



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527688

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 97



# Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757587

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

95



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757939

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

Appellate Case: 26-1066     Document: 22-1     Date Filed: 05/04/2026     Page: 99



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948360

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

97



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2124142683

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3367755470

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

99



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6302086969

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

Appellate Case: 26-1066 Document: 22-1 Date Filed: 05/04/2026 Page: 103



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529609

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

101

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 104



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948221

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

Appellate Case: 26-1066   Document: 22-1   Date Filed: 05/04/2026   Page: 105



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9014242859

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

103

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 106



## Coast Credit

Commercial Finance Group

858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8153382402

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3148210334

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

105

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 108



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254769192

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

106



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6305732957

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2089224909

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

108

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 111



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948087

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

109



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079880871

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

110



## Coast Credit

Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8039575389

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

111



## Coast Credit

Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5599003451

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit

Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254769289

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

113



## Coast Credit

Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5597515466

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

114



## Coast Credit

Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072811884

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

115



## Coast Credit

Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7078978547

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

116



## Coast Credit

Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079827307

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit

Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5304522267

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 121



## Coast Credit
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2129464936

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

119



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6164591759

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

120



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079223823

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

121

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 124



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8054980260

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073717251

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 126



## Coast Credit
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756616

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

124

Appellate Case: 26-1066     Document: 22-1     Date Filed: 05/04/2026     Page: 127



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527215

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

125

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 128



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072487861

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

126

Appellate Case: 26-1066 Document: 22-1 Date Filed: 05/04/2026 Page: 129



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757999

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

127



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756644

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

128



## Coast Credit
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527949

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

129

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 132



## Coast Credit
Commercial Finance Group
858-224-0718

08/30/2022

**Approved Line: $78,453**
**Applied Rate: 5.430% fixed**
**Client ID #: 7608757775**

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608609203

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

131



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5306786252

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

132

Appellate Case: 26-1066   Document: 22-1   Date Filed: 05/04/2026   Page: 135



## Coast Credit

Commercial Finance Group

949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527453

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

133



## Coast Credit

Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2815654037

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

134

Appellate Case: 26-1066     Document: 22-1     Date Filed: 05/04/2026     Page: 137



## Coast Credit

Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7634751671

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

135



## Coast Credit
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073137139

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 139



## Coast Credit

Commercial Finance Group

949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8154336865

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

137



## Coast Credit
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073137460

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit

Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7704194644

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit

Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2548406033

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5036661041

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

141

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 144



## Coast Credit

Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073137047

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

142



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527873

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

143



## Coast Credit
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9158773018

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

144

Appellate Case: 26-1066     Document: 22-1     Date Filed: 05/04/2026     Page: 147



## Coast Credit

Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8312999979

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

145



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072023256

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

146

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 149



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7078853672

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

147



## Coast Credit
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3106325842

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

148



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8638675017

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6313243528

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8478646373

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7063954903

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757025

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 156



## Coast Credit
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239740

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

154



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529986

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

155



## Coast Credit
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239853

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527502

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

157



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073137590

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6164273557

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

159



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527407

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

160



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6364645533

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

161



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5034270097

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

Appellate Case: 26-1066     Document: 22-1     Date Filed: 05/04/2026     Page: 165



## Coast Credit

Commercial Finance Group

949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6194629989

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

163



## Coast Credit

Commercial Finance Group

949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8318544579

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

164



## Coast Credit

Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2144447306

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit

Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239832

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

166

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 169



## Coast Credit
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529353

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

167



## Coast Credit
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3148727724

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

168



## Coast Credit
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3148317882

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit

Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529578

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 173



## Coast Credit
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529884

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

171



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757456

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

172

Case No. 1:23-cv-02328-SKC Document 10-2 filed 12/21/23 USDC Colorado pg 138 of 1000

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 175



## Coast Credit

Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5304522746

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 176



## Coast Credit

Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527886

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

174



## Coast Credit

Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079827617

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

175

Appellate Case: 26-1066     Document: 22-1     Date Filed: 05/04/2026     Page: 178



## Coast Credit

Commercial Finance Group

949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756914

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

176



## Coast Credit
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5032973084

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit

Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756287

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

178



## Coast Credit

Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608609163

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit

Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4849334113

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 183



## Coast Credit

Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4088664619

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

181

Appellate Case: 26-1066 Document: 22-1 Date Filed: 05/04/2026 Page: 184



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2707692822

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8704775207

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

183



## Coast Credit
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756223

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8054967479

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

Appellate Case: 26-1066   Document: 22-1   Date Filed: 05/04/2026   Page: 188



## Coast Credit
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239562

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079827433

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948006

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8473527131

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2172280431

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 193



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4152919976

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3865972986

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

192

Case No. 1:23-cv-02328-SKC   Document 10-2   filed 12/21/23   USDC Colorado   pg 158 of 1000

Appellate Case: 26-1066     Document: 22-1     Date Filed: 05/04/2026     Page: 195



## Coast Credit

Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5306772391

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 196



## Coast Credit
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5125146954

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

194



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529182

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 198



## Coast Credit

Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5037860661

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

196



## Coast Credit

Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072200341

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6034368998

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

198



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4802895765

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

Appellate Case: 26-1066 Document: 22-1 Date Filed: 05/04/2026 Page: 202



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8168417773

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

200

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 203



## Coast Credit
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5807189443

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

201



## Coast Credit
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072212811

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6166772802

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 206



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757910

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254769819

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 208



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608609134

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

206

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 209



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254769390

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

207



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757620

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2693459548

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

209

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 212



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529520

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4085300096

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

211

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 214



## Coast Credit

Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948105

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

212



## Coast Credit
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254769348

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948339

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

214



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9549615879

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

215

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 218



## Coast Credit
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529980

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

216



## Coast Credit
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7606359156

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529150

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

218

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 221

219



## Coast Credit
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756484

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

219

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 222



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073137115

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

220

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 223



## Coast Credit

Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5304522251

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

221

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 224



## Coast Credit
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819522

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

222



## Coast Credit
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608609954

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7043320709

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

224

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 227



## Coast Credit

Commercial Finance Group

949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3155390538

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit

Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7033527023

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit

Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9034543771

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5093097178

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 231



## Coast Credit

Commercial Finance Group

858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072212661

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

229



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239640

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

230

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 233



## Coast Credit
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948012

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

Appellate Case: 26-1066 Document: 22-1 Date Filed: 05/04/2026 Page: 234



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757667

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5304522120

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

233



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239129

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 237



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239221

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

235



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4096002144

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072487642

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239394

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

238



## Coast Credit
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529735

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 242



## Coast Credit
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9047589467

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

240



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2815372253

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

241



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5307429170

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 245



## Coast Credit
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5084595872

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

243



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6192207080

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

244



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9514358855

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7704498866

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6194657281

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

247



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8189213061

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

248

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 251



## Coast Credit

Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819966

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

249



## Coast Credit

Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757368

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

Appellate Case: 26-1066     Document: 22-1     Date Filed: 05/04/2026     Page: 253



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254769943

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

251



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757810

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527046

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

253

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 256



## Coast Credit
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239046

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757292

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

Appellate Case: 26-1066     Document: 22-1     Date Filed: 05/04/2026     Page: 258



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254769401

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

256

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 259



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527950

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073137083

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7088539441

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

259



## Coast Credit

Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2064205547

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9313897019

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

261



## Coast Credit

Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6783888649

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 265



## Coast Credit

Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8636240832

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

Appellate Case: 26-1066     Document: 22-1     Date Filed: 05/04/2026     Page: 266



## Coast Credit

Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8636240581

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

264



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5706031150

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7704824635

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8503256020

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7273028926

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

268



## Coast Credit
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5123232565

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9402390125

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit

Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4407170499

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5022417045

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit

Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7275269043

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

273



## Coast Credit

Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819823

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

274



## Coast Credit
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819424

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

275



## Coast Credit
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239657

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit

Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072023342

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9519400810

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

278



## Coast Credit
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529697

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254769528

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 283



## Coast Credit

Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5024427887

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819806

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2128130770

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

283



## Coast Credit
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5123392455

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 287



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3015859515

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

285



## Coast Credit
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6785100093

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit

Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5162921630

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

287

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 290



## Coast Credit

Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079880437

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

288



## Coast Credit

Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2054321086

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

Appellate Case: 26-1066     Document: 22-1     Date Filed: 05/04/2026     Page: 292



## Coast Credit
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6302882651

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5599003489

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

Appellate Case: 26-1066　　Document: 22-1　　Date Filed: 05/04/2026　　Page: 294



## Coast Credit

Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4258284008

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072212022

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit

Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079827940

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

294

Appellate Case: 26-1066    Document: 22-1    Date Filed: 05/04/2026    Page: 297



## Coast Credit

Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608609962

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com