**No. 26-1066**

## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

ASTRO COMPANIES, LLC, Plaintiff/Appellant,

*v.*

WESTFAX, INC.; DUCK DIVE COMMUNICATIONS, LLC d/b/a JBlast; BARRY CLARK, individually; CHAD MATHESON, individually; and JOHN DOES 1-10, Defendants/Appellees.

On Appeal from the United States District Court
District of Colorado

Civil Action No. 1:23-cv-02328-SKC-CYC

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE JOINT ANSWER BRIEF

MONTGOMERY LITTLE & SORAN, PC
James C. Taravella
5445 DTC Parkway, Suite 800
Greenwood Village, Colorado 80111
jtaravella@montgomerylittle.com
*Attorney for Westfax, Inc., Duck Dive Communications, LLC, and Barry Clark*

SPENCER FANE, LLP
Johanna R. Hyman; Joshua C. Dickinson
13815 FNB Parkway, Suite 200
Omaha, NE 68154
jhyman@spencerfane.com; jdickinson@spencerfane.com
*Attorneys for Chad Matheson*

1

## MOTION FOR EXTENSION OF TIME TO FILE ANSWER BRIEF

Pursuant to Federal Rules of Appellate Procedure 26(b) and 27, and 10th Cir. R. 27.6, Appellees Westfax, Inc., Duck Dive Communications, LLC, and Barry Clark, by and through their counsel Montgomery Little & Soran, P.C. (collectively, the "Westfax Parties"), and Appellee Chad Matheson ("Mr. Matheson"), by and through his counsel Spencer Fane, LLP, respectfully move this Court to extend until June 17, 2026 the deadline to file their joint Answer Brief pursuant to 10th Cir. R. 31.3, stating as follows (this "Motion"):

1.      Pursuant to Fed. R. App. 27.6(C)(2), undersigned counsel for the Westfax Parties conferred with counsel for Appellant Astro Companies, LLC ("Appellant") on May 21, 2026 by email.

2.      Appellant does not oppose the relief requested in this Motion.

3.      The Westfax Parties' and Mr. Matheson's joint answer brief is currently due on June 3, 2026. The Westfax Parties' and Mr. Matheson request a short 2-week extension and a new deadline of June 17, 2026, to file their joint Answer Brief to Appellant's Opening Brief. This is the Appellees' first request for an extension.

4.      This request is made because undersigned counsel for the Westfax Parties underwent an unexpected emergency surgery and was out on medical leave, and therefore requires additional time to consult with co-defense counsel for Mr. Matheson and the Westfax Parties' representatives on the drafting and approval of the Answer Brief.

5.     No party will be prejudiced by the extension, in part because Appellant does not oppose the relief requested.

## CONCLUSION

WHEREFORE, Appellees Westfax, Inc., Duck Dive Communications, LLC, Barry Clark, and Chad Matheson respectfully requests that this Court grant an extension of two (2) weeks and set the deadline to file their joint Answer Brief to and including June 17, 2026.

DATED: May 26, 2026.

*s/ James C. Taravella*
James C. Taravella, #55179
MONTGOMERY LITTLE & SORAN, PC
5445 DTC Parkway, Suite 800
Greenwood Village, Colorado 80111
T:  (303) 773-8100
E-mail: jtaravella@montgomerylittle.com
***Attorney for Appellees Westfax, Inc., Duck Dive Communications, LLC, and Barry Clark***

*s/ Joshua C. Dickinson*
Joshua C. Dickinson, KS Bar No. 20632
SPENCER FANE, LLP
13815 FNB Parkway, Suite 200
Omaha, NE 68154
T: (402) 965-9600
Email: jdickinson@spencerfane.com

Johanna R. Hyman, MN Bar No. 0397151
SPENCER FANE, LLP
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
T:  (612) 268-7009
E-mail: jhyman@spencerfane.com
***Attorneys for Appellee Chad Matheson***

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2026, a copy of this **MOTION FOR EXTENSION OF TIME TO FILE ANSWER BRIEF** was served on all parties by email to their attorney of record.

*s/ James C. Taravella*
James C. Taravella, Attorney
