UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**ENTRY OF APPEARANCE AND
CERTIFICATE OF INTERESTED PARTIES**

Astro Companies, LLC

v.

WestFax Inc, Duck Dive
Communications LLC d/b/a JBlast,
Barry Clark, Chad Matheson, and John
Does 1-10

Case No. 26-1066

**ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))**

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Chad Matheson
[Party or Parties][1]

_____

Appellee , in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

Attorneys entering appearances must include their signatures below.

Johanna R. Hyman
Name of Counsel

Name of Counsel

/s/ Johanna R. Hyman
Signature of Counsel

Signature of Counsel

100 S 5th St, Suite 2500, Minneapolis, MN 55402
612-268-7000
Mailing Address and Telephone Number

Mailing Address and Telephone Number

jhyman@spencerfane.com
E-Mail Address

E-Mail Address

_____

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐　　The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☒　　There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

May 28, 2026
Date

*/s/ Johanna R. Hyman*
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

☒      All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☒      On_____ I sent a copy of this Entry of Appearance Form to:

        [date]

_____

at _____,

the last known address/email address, by_____ _____.

                       [state method of service]

May 28, 2026_____
Date

*/s/ Johanna R. Hyman*_____
Signature