UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

June 18, 2026

Mr. Joshua C. Dickinson
Spencer Fane
13815 FNB Parkway, Suite 200
Omaha, NE 68154

Ms. Johanna R. Hyman
Spencer Fane
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402

Mr. Nathan G. Osborn
Mr. James C. Taravella
Montgomery Little & Soran
5445 DTC Parkway, Suite 800
Greenwood Village, CO 80111-3053

**RE:     26-1066, Astro Companies v. WestFax, et al**
            Dist/Ag docket: 1:23-CV-02328-SKC-CYC

Dear Counsel:

Appellees' brief is deficient because:

There is no statement on the front cover of the brief whether oral argument is desired. (Every request for oral argument must be accompanied by a statement of the reason(s) oral argument is necessary.) *See* 10th Cir. R. 28.2(C)(2).

You must file a corrected brief. Do not file paper copies of your brief unless/until the court orders you to do so.

The corrected brief must have an updated certificate of service (if required; *see* 10th Cir. R. 25.4).

The time to file a reply brief will run from the date of service of appellees' corrected brief.

If you fail to correct the stated deficiency within three days of the date of this letter, the deficient brief will not be filed. In addition, the appellee will not be heard at oral argument unless the court grants permission. See Fed. R. App. P. 31(c).

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:      Ross M. Good

CMW/klp