**No. 26-1066**

---

**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**

---

ASTRO COMPANIES, LLC, Plaintiff/Appellant,

*v.*

WESTFAX, INC.; DUCK DIVE COMMUNICATIONS, LLC d/b/a JBlast; BARRY CLARK, individually; CHAD MATHESON, individually; and JOHN DOES 1-10, Defendants/Appellees.

---

On Appeal from the United States District Court
District of Colorado

Civil Action No. 1:23-cv-02328-SKC-CYC

---

**NOTICE OF CHANGE OF FIRM AFFILIATION AND ADDRESS**

---

OSBORN NAGY & EVETT, PLLC
James C. Taravella
Nathan G. Osborn
724 S. Pearl St.
Denver, Colorado 80209
jtaravella@onelawcolorado.com
nosborn@onelawcolorado.com
*Attorneys for Westfax, Inc., Duck Dive Communications, LLC, and Barry Clark*

**NOTICE**

Pursuant to 10th Cir. R. 46.1(C), counsel for Appellees Westfax, Inc., Duck Dive Communications, LLC, and Barry Clark (collectively, the "Westfax Parties") hereby submits this Notice regarding a change of firm affiliation and address, stating as follows (this "Notice"):

1. Effective as of July 6, 2026, undersigned counsel has moved from Montgomery Little & Soran, PC to Osborn Nagy & Evett, PLLC. The updated contact information is as follows:

James C. Taravella, #55179
Nathan G. Osborn, #38951
OSBORN NAGY & EVETT, PLLC
724 S. Pearl St.
Denver, Colorado 80209
T: (720) 315-7670
E-mail: jtaravella@onelawcolorado.com
nosoborn@onelawcolorado.com

2. This information has previously been updated with PACER, pursuant to 10th Cir. R. 46.1(C).

DATED: September 21, 2026.

*s/ James C. Taravella*
James C. Taravella, #55179
OSBORN NAGY & EVETT, PLLC
724 S. Pearl St.
Denver, Colorado 80209
T: (720) 315-7670
E-mail: jtaravella@onelawcolorado.com
nosborn@onelawcolorado.com
***Attorney for Appellees Westfax, Inc., Duck Dive Communications, LLC, and Barry Clark***

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2026, a copy of this **NOTICE OF CHANGE OF FIRM AFFILIATION AND ADDRESS** was served on all parties by email to their attorney of record.

*s/ James C. Taravella*
James C. Taravella, Attorney