**No. 26-1066**

**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**

ASTRO COMPANIES, LLC, Plaintiff/Appellant,

*v.*

WESTFAX, INC.; DUCK DIVE COMMUNICATIONS, LLC d/b/a JBlast; BARRY CLARK, individually; CHAD MATHESON, individually; and JOHN DOES 1-10, Defendants/Appellees.

On Appeal from the United States District Court
District of Colorado

Civil Action No. 1:23-cv-02328-SKC-CYC

# UNOPPOSED MOTION TO POSTPONE ORAL ARGUMENT TO NEW DATE

OSBORN NAGY & EVETT, PLLC
James C. Taravella
724 S. Pearl St.
Denver, Colorado 80209
jtaravella@onelawcolorado.com
*Attorney for Westfax, Inc., Duck Dive Communications, LLC, and Barry Clark*

**MOTION TO POSTPONE ORAL ARGUMENT TO NEW DATE**

Pursuant to Federal Rules of Appellate Procedure 34(b), and 10th Cir. R. 34.1(A)(3), Appellees Westfax, Inc., Duck Dive Communications, LLC, and Barry Clark, by and through their counsel Osborn Nagy & Evett, PLLC (collectively, the "Westfax Parties") respectfully move this Court to postpone the oral argument in this matter scheduled for November 19, 2026, stating as follows (this "Motion"):

1. This Motion is also submitted on behalf of Appellee Chad Matheson ("Mr. Matheson") with the permission of his counsel, Spencer Fane, LLP. The Westfax Parties and Mr. Matheson are collectively referred to herein as the "Defendants-Appellees."

2. Pursuant to 10th Cir. R. 34(A)(3)(b)(i), undersigned counsel for the Westfax Parties conferred with counsel for Appellant Astro Companies, LLC ("Appellant") on September 17, 2026, by email. Appellant does not oppose the relief requested in this Motion.

3. Oral arguments are currently scheduled for November 19, 2026. This Motion is therefore timely filed. 10th Cir. R. 34.1(A)(3)(a).

4. The Westfax Parties and Mr. Matheson filed a joint response brief in this matter and are likely to designate one person between them to handle Defendants-Appellees' appearance at oral argument, to maximize judicial efficiency.

5. However, the attorneys from *both* firms that might appear on behalf of the Defendants-Appellees are out of town during the November 2026 session in its entirety and are, between the two of them, fully unavailable for the oral argument.

6. The parties are available on January 22, 2027, during the January 2027 oral argument session, and are all available for the entirety of the March 2027 oral argument session (March 22-26, 2026).

7. The parties maintain their request for oral argument. 10th Cir. R. 34.1(A)(3)(b)(ii).

8. There is good cause for the granting of this Motion, and no prejudice will befall any party as the parties all agree to the postponement as requested in this Motion.

9. Prejudice will befall the Defendants-Appellees if this Motion is not granted, considering the unavailability of counsel.

10. Finally, Pursuant to Dkt. 38, the parties are required to file an acknowledgement form for the counsel presenting oral argument. The parties will not be able to solidify who is presenting oral argument until it is known what the new date, if any, for oral argument is.

11. Since the parties are requesting postponement, it is therefore requested that the deadline for the form required by Dkt. 38 be extended to and including 10 days from the date this Court rules on this Motion and sets a new oral argument date.

**Request for Relief**

WHEREFORE, Appellees Westfax, Inc., Duck Dive Communications, LLC, and Barry Clark respectfully request that this Court grant this Motion and (i) postpone oral argument to either January 22, 2027, or a date during the March 2027 session, (ii) extend the deadline to file the acknowledgement form under Dkt. 38 to 10 days after the Court sets a new oral argument date, if any, and (iii) grant such other relief as may be just and proper.

DATED: September 21, 2026.

*s/ James C. Taravella*
James C. Taravella, #55179
OSBORN NAGY & EVETT, PLLC
724 S. Pearl St.
Denver, Colorado 80209
T: (720) 315-7670
E-mail: jtaravella@onelawcolorado.com
***Attorney for Appellees Westfax, Inc., Duck Dive Communications, LLC, and Barry Clark***

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2026, a copy of this **UNOPPOSED MOTION TO POSTPONE ORAL ARGUMENT TO NEW DATE** was served on all parties by email to their attorney of record.

*s/ James C. Taravella*
James C. Taravella, Attorney