**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**September 22, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

ASTRO COMPANIES, LLC,

Plaintiff - Appellant,

v.

WESTFAX INC., et al.,

Defendants - Appellees.

No. 26-1066
(D.C. No. 1:23-CV-02328-SKC-CYC)
(D. Colo.)

---

**ORDER**

---

This matter is before the court on Appellees' *Unopposed Motion to Postpone Oral Argument to New Date*. At the direction of the panel of judges assigned to consider this case on the merits, the motion is granted. Oral argument scheduled for November 19, 2026 is vacated and counsel scheduled to appear are excused from attendance at oral argument in Denver, Colorado. Counsel will be notified by the clerk of the new date and time for oral argument at a later date.

Entered for the Court

Per Curiam